B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Western District of Pennsylvania - Johnstown Division

In re    **Douglas J. Hillegass**
_____,    Case No. _____**10-71223**_____
                                                                    Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 22 | 1,740,206.45 | | |
| B - Personal Property | Yes | 10 | 5,017.75 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 8 | | 1,710,134.46 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 415,268.46 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 3,754.68 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,035.00 |
| Total Number of Sheets of ALL Schedules | | 70 | | | |
| | | Total Assets | 1,745,224.20 | | |
| | | | Total Liabilities | 2,125,402.92 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Western District of Pennsylvania - Johnstown Division

In re    **Douglas J. Hillegass**                                                          ,      Case No. ___**10-71223**___

                                                    Debtor

                                                                Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Douglas J. Hillegass**                                          Case No.    **10-71223**
                                                                      ,
                                     Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Parcel 1-the "Glessner Farm." Tax Map # S44-014-010-00. Consists of 125 acres in Stonycreek Township. More fully described in Somerset County DBV 1470 page 772. Includes 2 buildings used in farming operation, and a third building which is the residence of debtor's son Jared Hillegass. Value based on County Tax Assessment Value. | Fee simple | H | 302,721.30 | 1,678,776.81 |
| Parcel 2-the "Mountain View Farm." Tax Map # S44-014-045-00. Consists of 216 acres in Stonycreek Township. More fully described in Somerset County DBV 1195 page 827. Includes 5 buildings used in farm operation, Debtor's residence and the residence of Debtor's son Justin Hillegass. Value based on County Tax Assessment Value | Fee simple | H | 964,982.10 | 1,692,061.45 |
| Parcel 3-the "Stutzman Farm". Tax Map # S44-010-056-00. Consists of 132 acres in Stonycreek Township. More fully described in Somerset County Recorder's Office at DBV 1470 page 768. Subject to restrictive covenant (property must be used for farming purposes) in favor of Somerset County (8%) and Commonwealth of Pennsylvania (92%) recorded at DBV 1875 page 918. Consists of 2 buildings used in farming operation, and a rental property which currently produces $650.00 per month of rental income. Value based on County Tax Assessment Value | Fee simple | H | 338,324.00 | 1,679,352.57 |
| Parcel 4-the "Croner/Miller Farm." Tax Map # S44-014-007-01. Consists of 89 acres in Stonycreek Township. More fully described in Somerset County DBV 1534 page 764. No Improvements. Value based on County Tax Assessment Value | Fee simple | H | 123,724.30 | 1,673,793.04 |

|  | Sub-Total > | **1,729,751.70** | (Total of this page) |
|---|---|---|---|

__2__    continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re __Douglas J. Hillegass_____,    Case No. __10-71223_____
                                    Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1/12 interest in 8 acres located in Brothersvalley Township.  More fully described in Somerset County WB 183/2004.  Not subject to any mortgage.  Real estate taxes paid through 2009. No Improvements. Value based on 1/12 County Tax Assessment Value** | **Fee simple** | **H** | **292.70** | **1,671,578.19** |
| **1/12 interest in mineral rights of 135 acres located in Brothersvalley Township.  More fully described in Somerset County DBV 1731 page 368.  Not subject to any mortgage.  Real estate taxes owed for 2008 and 2009. Value based on 1/12 County Tax Assessment Value** | **Fee simple** | **H** | **44.49** | **1,671,687.30** |
| **1/9 interest in mineral rights from 65 acres in Brothersvalley Township.  More fully described in Somerset County DBV 1731 page 368.  Not subject to any mortgages, real estate taxes due and owing. Value based on 1/9 County Tax Assessment Value** | **Fee simple** | **H** | **37.46** | **1,671,684.85** |
| **2/9 interest in mineral rights to 65 acres located in Brothersvalley Township.  More fully described in Somerset County DBV 1731 page 368.  Not subject to any mortgages.  Real estate taxes outstanding. Value based on 2/9 County Tax Assessment Value** | **Fee simple** | **H** | **149.86** | **1,671,688.29** |
| **1/3 interest in mineral rights to 37.5 acres in Brothersvalley Township.  More fully described in Somerset County DBV 1845 page 430.  No mortgages against this parcel, but real estate taxes outstanding. Value based on 1/3 County Tax Assessment Value** | **Fee simple** | **H** | **1,358.17** | **1,671,722.36** |
| **1/12 interest in 3 acres of land in Brothersvalley Township.  See Somerset County WB 183/2004.  No mortgages, real estate taxes current through 2009. No Improvements. Value based on 1/12 County Tax Assessment Value** | **Fee simple** | **H** | **220.12** | **1,671,578.19** |
| **1/12 interest in 2.5 acres of land in Brothersvalley Township. More fully described in WB 183/2004. No mortgages, real estate taxes current through 2009. No Improvements. Value based on 1/12 County Tax Assessment Value** | **Fee simple** | **H** | **203.73** | **1,671,578.19** |
|  |  | Sub-Total > | **2,306.53** | (Total of this page) |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re   **Douglas J. Hillegass**                                                    ,        Case No.   __10-71223__
                                                        Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1/12 interest in mineral rights to 281 acres located in Brothersvalley Township.  More fully described in Somerset County DBV 1731 page 368.  No mortgages, but outstanding real estate taxes owed. Value based on 1/12 County Tax Assessment Value** | **Fee simple** | **H** | **566.68** | **1,671,749.19** |
| **1/12 interest in 3/4 acre of land in Brothersvalley Township.  More fully described in WB 183/2004. No mortgages, real estate taxes current through 2009. No Improvements. Value based on 1/12 County Tax Assessment Value** | **Fee simple** | **H** | **133.48** | **1,671,578.19** |
| **1/3 interest in coal rights to 131.75 acres of land in Stonycreek Township.  More fully described in Somerset County DBV 1845 page 430.  No mortgages, but outstanding real estate taxes owed. Value based on 1/3 County Tax Assessment Value** | **Fee simple** | **H** | **702.50** | **1,671,719.54** |
| **1/3 interest in 4 acres of land in Brothersvalley Township.  More fully described in WB 183/2004. No mortgages, real estate taxes current through 2009. No Improvements. Value based on 1/3 County Tax Assessment Value** | **Fee simple** | **H** | **3,980.83** | **1,671,578.19** |
| **1/12 interest in 209 acres of land in Stonycreek Township.  More fully described in Somerset County DBV 1731 page 368.  No mortgages, but outstanding real estate taxes owed. No Improvements. Value based on 1/12 County Tax Assessment Value** | **Fee simple** | **H** | **2,568.81** | **1,672,226.54** |
| **1/9 interest in mineral rights to 128 acres in Stonycreek Township.  More fully described in Somerset County DBV 1845 page 1430.  No mortgages, outstanding real estate taxes owed. Value based on 1/9 County Tax Assessment Value** | **Fee simple** | **H** | **6.24** | **1,671,682.61** |
| **1/12 interest in 2 acres of land in Brothersvalley Township.  More fully described in WB 183/2004. No mortgages, real estate taxes current through 2009. No Improvements. Value based on 1/12 County Tax Assessment Value** | **Fee simple** | **H** | **189.68** | **1,671,578.19** |

|  | Sub-Total > | **8,148.22** | (Total of this page) |
|---|---|---|---|

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Real Property

|  | Total > | **1,740,206.45** |  |
|---|---|---|---|

(Report also on Summary of Schedules)

REAL ESTATE AND ENCUMBRANCES

DOUGLAS J. HILLEGASS

Parcel 1 Fair Market Value: $302,721.30                    Hillegass Property Spreadsheet

| PARCEL | RANK | GENERAL DESCRIPTION OF CREDITOR | BALANCE OWED |
|---|---|---|---|
| Parcel 1-the "Glessner Farm."  Tax Map # S44-014-010-00.  Consists of 125 acres in Stonycreek Twp. More fully described in Somerset County DBV 1470 page 772. Includes 2 buildings used in farming operation, & a 3rd building which is the residence of debtor's son Jared Hillegass. | 1 | Somerset County Tax Claim Bureau 2007 Real Estate Taxes | $1,573.60 |
| | 2 | Somerset County Tax Claim Bureau 2008 Real Estate Taxes | $2,946.92 |
| | 3 | Somerset County Tax Claim Bureau 2009 Real Estate Taxes | $2,678.10 |
| | 4 | First Mortgage Somerset Minerals - Face Amount $1,650,000 Recorded 5/23/1997 Judgment entered in Mortgage Foreclosure July 6, 2010 | $1,507,251.24 (This is Judgment amount in forclosure proceding includes balances due on first and 2nd mortgage |
| | 5 | 2nd Mortgage Somerset Minerals Face Amount $335,000.00 Recorded 8/24/2001 Judgment in Mortgage Foreclosure entered July 6, 2010 | see above |
| | 6 | Pritts Feed Mill Judgment entered March 23, 2007 (1st in Time Judgment) | $27,370.54 |
| | 7 | Charles H. Burk Jr. Judgment Entered January 15, 2008 (2nd in Time Judgment) Judgment is believed to be satisfied but remains of record. | $650.00 |
| | 8 | Donald H. Welk Judgment entered May 14, 2009 (3rd in Time Judgment) | $117,469.30 |
| | 9 | ADM Alliance Nutrition, Inc. Judgment entered May 12, 2010 (4th in Time Judgment) | $14,934.77 |
| | 10 | Somerset Dairy Farm Service, Inc. Transfer of Magistrate Court Judgment entered September 21, 2010 (5th in Time Judgment) | $3,902.34 |
| | | Total Liens | $1,678,776.81 |
| | | Total Equity | $0.00 |

Parcel 2 Fair Market Value: $964,982.10                 Hillegass Property Spreadsheet

| PARCEL | RANK | GENERAL DESCRIPTION OF CREDITOR | BALANCE OWED |
|---|---|---|---|
| Parcel 2-the "Mountain View Farm."  Tax Map # S44-014-045-00.  Consists of 216 acres in Stonycreek Township.  More fully described in Somerset County DBV 1195 page 827. Includes 5 buildings used in farm operation, Debtor's residence & the residence of Debtor's son Justin Hillegass. | 1 | Somerset County Tax Claim Bureau<br>2007 Real Estate Taxes | $3,143.72 |
| | 2 | Somerset County Tax Claim Bureau<br>2008 Real Estate Taxes | $9,388.45 |
| | 3 | Somerset County Tax Claim Bureau<br>2009 Real Estate Taxes | $7,951.09 |
| | 4 | First Mortgage Somerset Minerals - Face Amount $1,650,000<br>Recorded 5/23/1997 Judgment entered in Mortgage Foreclosure July 6, 2010 | $1,507,251.24 (This is Judgment amount in forclosure proceding includes balances due on first and 2nd mortgage |
| | 5 | 2nd Mortgage Somerset Minerals<br>Face Amount $335,000.00<br>Recorded 8/24/2001 Judgment in Mortgage Foreclosure entered July 6, 2010 | see above |
| | 6 | Pritts Feed Mill<br>Judgment entered March 23, 2007 (1st in Time Judgment) | $27,370.54 |
| | 7 | Charles H. Burk Jr.<br>Judgment Entered January 15, 2008 (2nd in Time Judgment) | $650.00 |
| | 8 | Donald H. Welk<br>Judgment entered May 14, 2009 (3rd in Time Judgment) Judgment is believed to be satisfied but remains of record. | $117,469.30 |
| | 9 | ADM Alliance Nutrition, Inc.<br>Judgment entered May 12, 2010 (4th in Time Judgment) | $14,934.77 |
| | 10 | Somerset Dairy Farm Service, Inc.<br>Transfer of Magistrate Court Judgment entered September 21, 2010 (5th in Time Judgment) | $3,902.34 |
| | | Total Liens | $1,692,061.45 |
| | | Total Equity | $0.00 |

Parcel 3 Fair Market Value: $338,324.00

Hillegass Property Spreadsheet

| PARCEL | RANK | GENERAL DESCRIPTION OF CREDITOR | BALANCE OWED |
|---|---|---|---|
| Parcel 3-the "Stutzman Farm". Tax Map # S44-010 056-00. Consists of 132 acres in Stonycreek Township. More fully described in Somerset County Recorder's Office at DBV 1470 page 768. Subject to restrictive covenant (property must be used for farming purposes) in favor of Somerset County (8%) & Commonwealth of Pennsylvania (92%) recorded at DBV 1875 page 918. Consists of 2 buildings used in farming operation, & a rental property which currently produces $650.00 per month of rental income. | 1 | Somerset County Tax Claim Bureau 2007 Real Estate Taxes | $1,806.73 |
| | 2 | Somerset County Tax Claim Bureau 2008 Real Estate Taxes | $3,076.34 |
| | 3 | Somerset County Tax Claim Bureau 2009 Real Estate Taxes | $2,891.31 |
| | 4 | First Mortgage Somerset Minerals - Face Amount $1,650,000 Recorded 5/23/1997 Judgment entered in Mortgage Foreclosure July 6, 2010 | $1,507,251.24 (This is Judgment amount in forclosure proceding includes balances due on 1st & 2nd mortgage |
| | 5 | 2nd Mortgage Somerset Minerals Face Amount $335,000.00 Recorded 8/24/2001 Judgment in Mortgage Foreclosure entered July 6, 2010 | see above |
| | 6 | Pritts Feed Mill Judgment entered March 23, 2007 (1st in Time Judgment) | $27,370.54 |
| | 7 | Charles H. Burk Jr. Judgment Entered January 15, 2008 (2nd in Time Judgment) Judgment is believed to be satisfied but remains of record. | $650.00 |
| | 8 | Donald H. Welk Judgment entered May 14, 2009 (3rd in Time Judgment) | $117,469.30 |
| | 9 | ADM Alliance Nutrition, Inc. Judgment entered May 12, 2010 (4th in Time Judgment) | $14,934.77 |
| | 10 | Somerset Dairy Farm Service, Inc. Transfer of Magistrate Court Judgment entered September 21, 2010 (5th in Time Judgment) | $3,902.34 |
| | | Total Liens | $1,679,352.57 |
| | | Total Equity | $0.00 |

Parcel 4 Fair Market Value: $123,724.30                Hillegass Property Spreadsheet

| PARCEL | RANK | GENERAL DESCRIPTION OF CREDITOR | BALANCE OWED |
|---|---|---|---|
| Parcel 4-the "Croner/Miller Farm." Tax Map # S44-014-007-01. Consists of 89 acres in Stonycreek Township. More fully described in Somerset County DBV 1534 page 764. No Improvements. | 1 | Somerset County Tax Claim Bureau 2008 Real Estate Taxes | $1,161.03 |
| | 2 | Somerset County Tax Claim Bureau 2009 Real Estate Taxes | $1,053.82 |
| | 3 | First Mortgage Somerset Minerals - Face Amount $1,650,000 Recorded 5/23/1997 Judgment entered in Mortgage Foreclosure July 6, 2010 | $1,507,251.24 (This is Judgment amount in forclosure proceding includes balances due on first and 2nd mortgage |
| | 4 | 2nd Mortgage Somerset Minerals Face Amount $335,000.00 Recorded 8/24/2001 Judgment in Mortgage Foreclosure entered July 6, 2010 | see above |
| | 5 | Pritts Feed Mill Judgment entered March 23, 2007 (1st in Time Judgment) | $27,370.54 |
| | 6 | Charles H. Burk Jr. Judgment Entered January 15, 2008 (2nd in Time Judgment)Judgment is believed to be satisfied but remains of record. | $650.00 |
| | 7 | Donald H. Welk Judgment entered May 14, 2009 (3rd in Time Judgment) | $117,469.30 |
| | 8 | ADM Alliance Nutrition, Inc. Judgment entered May 12, 2010 (4th in Time Judgment) | $14,934.77 |
| | 9 | Somerset Dairy Farm Service, Inc. Transfer of Magistrate Court Judgment entered September 21, 2010 (5th in Time Judgment) | $3,902.34 |
| | | Total Liens | $1,673,793.04 |
| | | Total Equity | $0.00 |

Property Value: $292.70

Hillegass Vacant Lots

| PROPERTY | JUDGMENT | AMOUNT |
|---|---|---|
| 1/12 interest in 8 acres located in Brothersvalley Township. More fully described in Somerset County WB 183/2004. Not subject to any mortgage. Real estate taxes paid through 2009. No Improvements. | First Mortgage Somerset Minerals - Face Amount $1,650,000.00 Recorded 5/23/1997 Judgment entered in Mortgage Foreclosure July 6, 2010 | $1,507,251.24(This is Judgment amount in forclosure proceding includes balances due on first and 2nd mortgage |
| | 2nd Mortgage Somerset Minerals Face Amount $335,000.00 Recorded 8/24/2001 Judgment in Mortgage Foreclosure entered July 6, 2010 | See Above |
| | Pritts Feed Mill Judgment entered March 23, 2007 (1st in Time Judgment) | $27,370.54 |
| | Charles H. Burk Jr. Judgment Entered January 15, 2008 (2nd in Time Judgment)Judgment is believed to be satisfied but remains of record. | $650.00 |
| | Donald H. Welk Judgment entered May 14, 2009 (3rd in Time Judgment) | $117,469.30 |
| | ADM Alliance Nutrition, Inc. Judgment entered May 12, 2010 (4th in Time Judgment) | $14,934.77 |
| | Somerset Dairy Farm Service, Inc. Transfer of Magistrate Court Judgment entered September 21, 2010 (5th in Time Judgment) | $3,902.34 |
| | Total Liens | $1,671,578.19 |
| | Total Equity | $0.00 |

Property Value: $220.12                                    Hillegass Vacant Lots

| PROPERTY | JUDGMENT | AMOUNT |
|---|---|---|
| 1/12 interest in 3 acres of land in Brothersvalley Township.  See Somerset County WB 183/2004.  No mortgages, real estate taxes current through 2009. No Improvements. Value based on 1/12 County Tax Assessment Value | First Mortgage Somerset Minerals - Face Amount $1,650,000.00 Recorded 5/23/1997 Judgment entered in Mortgage Foreclosure July 6, 2010 | $1,507,251.24(This is Judgment amount in forclosure proceding includes balances due on first and 2nd mortgage |
| | 2nd Mortgage Somerset Minerals Face Amount $335,000.00 Recorded 8/24/2001 Judgment in Mortgage Foreclosure entered July 6, 2010 | See Above |
| | Pritts Feed Mill Judgment entered March 23, 2007 (1st in Time Judgment) | $27,370.54 |
| | Charles H. Burk Jr. Judgment Entered January 15, 2008 (2nd in Time Judgment)Judgment is believed to be satisfied but remains of record. | $650.00 |
| | Donald H. Welk Judgment entered May 14, 2009 (3rd in Time Judgment) | $117,469.30 |
| | ADM Alliance Nutrition, Inc. Judgment entered May 12, 2010 (4th in Time Judgment) | $14,934.77 |
| | Somerset Dairy Farm Service, Inc. Transfer of Magistrate Court Judgment entered September 21, 2010 (5th in Time Judgment) | $3,902.34 |
| | **Total Liens** | $1,671,578.19 |
| | **Total Equity** | $0.00 |

Property Value: $203.73                                             Hillegass Vacant Lots

| PROPERTY | JUDGMENT | AMOUNT |
|---|---|---|
| 1/12 interest in 2.5 acres of land in Brothersvalley Township.  More fully described in WB 183/2004.  No mortgages, real estate taxes current through 2009. No Improvements. Value based on 1/12 County Tax Assessment Value | First Mortgage Somerset Minerals - Face Amount $1,650,000.00 Recorded 5/23/1997 Judgment entered in Mortgage Foreclosure July 6, 2010 | $1,507,251.24(This is Judgment amount in forclosure proceding includes balances due on first and 2nd mortgage |
| | 2nd Mortgage Somerset Minerals Face Amount $335,000.00 Recorded 8/24/2001 Judgment in Mortgage Foreclosure entered July 6, 2010 | See Above |
| | Pritts Feed Mill Judgment entered March 23, 2007 (1st in Time Judgment) | $27,370.54 |
| | Charles H. Burk Jr. Judgment Entered January 15, 2008 (2nd in Time Judgment) Judgment is believed to be satisfied but remains of record. | $650.00 |
| | Donald H. Welk Judgment entered May 14, 2009 (3rd in Time Judgment) | $117,469.30 |
| | ADM Alliance Nutrition, Inc. Judgment entered May 12, 2010 (4th in Time Judgment) | $14,934.77 |
| | Somerset Dairy Farm Service, Inc. Transfer of Magistrate Court Judgment entered September 21, 2010 (5th in Time Judgment) | $3,902.34 |
| | Total Liens | $1,671,578.19 |
| | Total Equity | $0.00 |

Property Value: $133.48                                    Hillegass Vacant Lots

| PROPERTY | JUDGMENT | AMOUNT |
|---|---|---|
| 1/12 interest in 3/4 acre of land in Brothersvalley Township.  More fully described in WB 183/2004.  No mortgages, real estate taxes current through 2009. No Improvements. Value based on 1/12 County Tax Assessment Value | First Mortgage Somerset Minerals - Face Amount $1,650,000.00 Recorded 5/23/1997 Judgment entered in Mortgage Foreclosure July 6, 2010 | $1,507,251.24(This is Judgment amount in forclosure proceding includes balances due on first and 2nd mortgage |
| | 2nd Mortgage Somerset Minerals Face Amount $335,000.00 Recorded 8/24/2001 Judgment in Mortgage Foreclosure entered July 6, 2010 | See Above |
| | Pritts Feed Mill Judgment entered March 23, 2007 (1st in Time Judgment) | $27,370.54 |
| | Charles H. Burk Jr. Judgment Entered January 15, 2008 (2nd in Time Judgment) Judgment is believed to be satisfied but remains of record. | $650.00 |
| | Donald H. Welk Judgment entered May 14, 2009 (3rd in Time Judgment) | $117,469.30 |
| | ADM Alliance Nutrition, Inc. Judgment entered May 12, 2010 (4th in Time Judgment) | $14,934.77 |
| | Somerset Dairy Farm Service, Inc. Transfer of Magistrate Court Judgment entered September 21, 2010 (5th in Time Judgment) | $3,902.34 |
| | Total Liens | $1,671,578.19 |
| | Total Equity | $0.00 |

Property Value: $3,980.83                                  Hillegass Vacant Lots

| PROPERTY | JUDGMENT | AMOUNT |
|---|---|---|
| 1/3 interest in 4 acres of land in Brothersvalley Township.  More fully described in WB 183/2004.  No mortgages, real estate taxes current through 2009. No Improvements. Value based on 1/3 County Tax Assessment Value | First Mortgage Somerset Minerals - Face Amount $1,650,000.00 Recorded 5/23/1997 Judgment entered in Mortgage Foreclosure July 6, 2010 | $1,507,251.24(This is Judgment amount in forclosure proceding includes balances due on first and 2nd mortgage |
| | 2nd Mortgage Somerset Minerals Face Amount $335,000.00 Recorded 8/24/2001 Judgment in Mortgage Foreclosure entered July 6, 2010 | See Above |
| | Pritts Feed Mill Judgment entered March 23, 2007 (1st in Time Judgment) | $27,370.54 |
| | Charles H. Burk Jr. Judgment Entered January 15, 2008 (2nd in Time Judgment) Judgment is believed to be satisfied but remains of record. | $650.00 |
| | Donald H. Welk Judgment entered May 14, 2009 (3rd in Time Judgment) | $117,469.30 |
| | ADM Alliance Nutrition, Inc. Judgment entered May 12, 2010 (4th in Time Judgment) | $14,934.77 |
| | Somerset Dairy Farm Service, Inc. Transfer of Magistrate Court Judgment entered September 21, 2010 (5th in Time Judgment) | $3,902.34 |
| | Total Liens | $1,671,578.19 |
| | Total Equity | $0.00 |

Property Value: $2,568.81                           Hillegass Vacant Lots

| PROPERTY | JUDGMENT | AMOUNT |
|---|---|---|
| 1/12 interest in 209 acres of land in Stonycreek Township. More fully described in Somerset County DBV 1731 page 368. No mortgages, but outstanding real estate taxes owed. No Improvements. Value based on 1/12 County Tax Assessment Value | Somerset Tax Claim Bureau<br>2008 Real Estate Taxes | $361.61 |
| | Somerset Tax Claim Bureau<br>2009 Real Estate Taxes | $286.74 |
| | First Mortgage Somerset Minerals -<br>Face Amount $1,650,000.00<br>Recorded 5/23/1997 Judgment entered in Mortgage<br>Foreclosure July 6, 2010 | $1,507,251.24(This is Judgment amount in forclosure proceding includes balances due on first and 2nd mortgage |
| | 2nd Mortgage Somerset Minerals<br>Face Amount $335,000.00<br>Recorded 8/24/2001 Judgment in Mortgage Foreclosure<br>entered July 6, 2010 | See Above |
| | Pritts Feed Mill Judgment entered<br>March 23, 2007 (1st in Time Judgment) | $27,370.54 |
| | Charles H. Burk Jr. Judgment Entered<br>January 15, 2008 (2nd in Time Judgment)Judgment is<br>believed to be satisfied but remains of record. | $650.00 |
| | Donald H. Welk Judgment entered<br>May 14, 2009 (3rd in Time Judgment) | $117,469.30 |
| | ADM Alliance Nutrition, Inc.<br>Judgment entered<br>May 12, 2010 (4th in Time Judgment) | $14,934.77 |
| | Somerset Dairy Farm Service, Inc.<br>Transfer of Magistrate Court<br>Judgment entered<br>September 21, 2010 (5th in Time Judgment) | $3,902.34 |
| | Total Liens | $1,672,226.54 |
| | Total Equity | $0.00 |

Property Value: $189.68                                    Hillegass Vacant Lots

| PROPERTY | JUDGMENT | AMOUNT |
|---|---|---|
| 1/12 interest in 2 acres of land in Brothersvalley Township.  More fully described in WB 183/2004.  No mortgages, real estate taxes current through 2009. No Improvements. Value based on 1/12 County Tax Assessment Value | First Mortgage Somerset Minerals - Face Amount $1,650,000.00 Recorded 5/23/1997 Judgment entered in Mortgage Foreclosure July 6, 2010 | $1,507,251.24(This is Judgment amount in forclosure proceding includes balances due on first and 2nd mortgage |
| | 2nd Mortgage Somerset Minerals Face Amount $335,000.00 Recorded 8/24/2001 Judgment in Mortgage Foreclosure entered July 6, 2010 | See Above |
| | Pritts Feed Mill Judgment entered March 23, 2007 (1st in Time Judgment) | $27,370.54 |
| | Charles H. Burk Jr. Judgment Entered January 15, 2008 (2nd in Time Judgment) Judgment is believed to be satisfied but remains of record. | $650.00 |
| | Donald H. Welk Judgment entered May 14, 2009 (3rd in Time Judgment) | $117,469.30 |
| | ADM Alliance Nutrition, Inc. Judgment entered May 12, 2010 (4th in Time Judgment) | $14,934.77 |
| | Somerset Dairy Farm Service, Inc. Transfer of Magistrate Court Judgment entered September 21, 2010 (5th in Time Judgment) | $3,902.34 |
| | Total Liens | $1,671,578.19 |
| | Total Equity | $0.00 |

Property Value: $44.49                                    Hillegass Mineral Rights

| PROPERTY | JUDGMENT | AMOUNT |
|---|---|---|
| 1/12 interest in mineral rights of 135 acres located in Brothersvalley Township.  More fully described in Somerset County DBV 1731 page 368. Not subject to any mortgage.  Real estate taxes owed for 2008 and 2009. Value based on 1/12 County Tax Assessment | Somerset Tax Claim Bureau<br>2008 Real Estate Taxes | $87.93 |
| | Somerset Tax Claim Bureau<br>2009 Real Estate Taxes | $21.18 |
| | First Mortgage Somerset Minerals -<br>Face Amount $1,650,000.00<br>Recorded 5/23/1997 Judgment entered in Mortgage<br>Foreclosure July 6, 2010 | $1,507,251.24(This is Judgment amount in forclosure proceding includes balances due on first and 2nd mortgage |
| | 2nd Mortgage Somerset Minerals<br>Face Amount $335,000.00<br>Recorded 8/24/2001 Judgment in Mortgage Foreclosure<br>entered July 6, 2010 | See Above |
| | Pritts Feed Mill Judgment entered<br>March 23, 2007 (1st in Time Judgment) | $27,370.54 |
| | Charles H. Burk Jr. Judgment Entered<br>January 15, 2008 (2nd in Time Judgment) Judgment is<br>believed to be satisfied but remains of record. | $650.00 |
| | Donald H. Welk Judgment entered<br>May 14, 2009 (3rd in Time Judgment) | $117,469.30 |
| | ADM Alliance Nutrition, Inc.<br>Judgment entered<br>May 12, 2010 (4th in Time Judgment) | $14,934.77 |
| | Somerset Dairy Farm Service, Inc.<br>Transfer of Magistrate Court<br>Judgment entered<br>September 21, 2010 (5th in Time Judgment) | $3,902.34 |
| | Total Liens | $1,671,687.30 |
| | Total Equity | $0.00 |

Property Value: $37.46                                    Hillegass Mineral Rights

| PROPERTY | JUDGMENT | AMOUNT |
|---|---|---|
| 1/9 interest in mineral rights from 65 acres in Brothersvalley Township.  More fully described in Somerset County DBV 1731 page 368.  Not subject to any mortgages, real estate taxes due and owing. Value based on 1/9 County Tax Assessment Value | Somerset Tax Claim Bureau<br>2008 Real Estate Taxes | $86.00 |
| | Somerset Tax Claim Bureau<br>2009 Real Estate Taxes | $20.66 |
| | First Mortgage Somerset Minerals -<br>Face Amount $1,650,000.00<br>Recorded 5/23/1997 Judgment entered in Mortgage<br>Foreclosure July 6, 2010 | $1,507,251.24(This is Judgment amount in forclosure proceding includes balances due on first and 2nd mortgage |
| | 2nd Mortgage Somerset Minerals<br>Face Amount $335,000.00<br>Recorded 8/24/2001 Judgment in Mortgage Foreclosure entered July 6, 2010 | See Above |
| | Pritts Feed Mill Judgment entered<br>March 23, 2007 (1st in Time Judgment) | $27,370.54 |
| | Charles H. Burk Jr. Judgment Entered<br>January 15, 2008 (2nd in Time Judgment) Judgment is believed to be satisfied but remains of record. | $650.00 |
| | Donald H. Welk Judgment entered<br>May 14, 2009 (3rd in Time Judgment) | $117,469.30 |
| | ADM Alliance Nutrition, Inc.<br>Judgment entered<br>May 12, 2010 (4th in Time Judgment) | $14,934.77 |
| | Somerset Dairy Farm Service, Inc.<br>Transfer of Magistrate Court<br>Judgment entered<br>September 21, 2010 (5th in Time Judgment) | $3,902.34 |
| | Total Liens | $1,671,684.85 |
| | Total Equity | $0.00 |

Property Value: $149.86                                        Hillegass Mineral Rights

| PROPERTY | JUDGMENT | AMOUNT |
|---|---|---|
| 2/9 interest in mineral rights to 65 acres located in Brothersvalley Township. More fully described in Somerset County DBV 1731 page 368. Not subject to any mortgages. Real estate taxes outstanding. Value based on 2/9 County Tax Assessment Value | Somerset Tax Claim Bureau<br>2008 Real Estate Taxes | $88.70 |
| | Somerset Tax Claim Bureau<br>2009 Real Estate Taxes | $21.40 |
| | First Mortgage Somerset Minerals -<br>Face Amount $1,650,000.00<br>Recorded 5/23/1997 Judgment entered in Mortgage<br>Foreclosure July 6, 2010 | $1,507,251.24(This is Judgment amount in forclosure proceding includes balances due on first and 2nd mortgage |
| | 2nd Mortgage Somerset Minerals<br>Face Amount $335,000.00<br>Recorded 8/24/2001 Judgment in Mortgage Foreclosure<br>entered July 6, 2010 | See Above |
| | Pritts Feed Mill Judgment entered<br>March 23, 2007 (1st in Time Judgment) | $27,370.54 |
| | Charles H. Burk Jr. Judgment Entered<br>January 15, 2008 (2nd in Time Judgment) Judgment is<br>believed to be satisfied but remains of record. | $650.00 |
| | Donald H. Welk Judgment entered<br>May 14, 2009 (3rd in Time Judgment) | $117,469.30 |
| | ADM Alliance Nutrition, Inc.<br>Judgment entered<br>May 12, 2010 (4th in Time Judgment) | $14,934.77 |
| | Somerset Dairy Farm Service, Inc.<br>Transfer of Magistrate Court<br>Judgment entered<br>September 21, 2010 (5th in Time Judgment) | $3,902.34 |
| | Total Liens | $1,671,688.29 |
| | Total Equity | $0.00 |

Property Value: $1,358.17                                        Hillegass Mineral Rights

| PROPERTY | JUDGMENT | AMOUNT |
|---|---|---|
| 1/3 interest in mineral rights to 37.5 acres in Brothersvalley Township.  More fully described in Somerset County DBV 1845 page 430.  No mortgages against this parcel, but real estate taxes outstanding. Value based on 1/3 County Tax Assessment Value | Somerset Tax Claim Bureau 2008 Real Estate Taxes | $115.66 |
| | Somerset Tax Claim Bureau 2009 Real Estate Taxes | $28.51 |
| | First Mortgage Somerset Minerals - Face Amount $1,650,000.00 Recorded 5/23/1997 Judgment entered in Mortgage Foreclosure July 6, 2010 | $1,507,251.24(This is Judgment amount in forclosure proceding includes balances due on first and 2nd mortgage |
| | 2nd Mortgage Somerset Minerals Face Amount $335,000.00 Recorded 8/24/2001 Judgment in Mortgage Foreclosure entered July 6, 2010 | See Above |
| | Pritts Feed Mill Judgment entered March 23, 2007 (1st in Time Judgment) | $27,370.54 |
| | Charles H. Burk Jr. Judgment Entered January 15, 2008 (2nd in Time Judgment) Judgment is believed to be satisfied but remains of record. | $650.00 |
| | Donald H. Welk Judgment entered May 14, 2009 (3rd in Time Judgment) | $117,469.30 |
| | ADM Alliance Nutrition, Inc. Judgment entered May 12, 2010 (4th in Time Judgment) | $14,934.77 |
| | Somerset Dairy Farm Service, Inc. Transfer of Magistrate Court Judgment entered September 21, 2010 (5th in Time Judgment) | $3,902.34 |
| | Total Liens | $1,671,722.36 |
| | Total Equity | $0.00 |

Property Value: $566.68                                    Hillegass Mineral Rights

| PROPERTY | JUDGMENT | AMOUNT |
|---|---|---|
| 1/12 interest in mineral rights to 281 acres located in Brothersvalley Township. More fully described in Somerset County DBV 1731 page 368. No mortgages, but outstanding real estate taxes owed. Value based on 1/12 County Tax Assessment Value | Somerset Tax Claim Bureau<br>2008 Real Estate Taxes | $136.88 |
| | Somerset Tax Claim Bureau<br>2009 Real Estate Taxes | $34.12 |
| | First Mortgage Somerset Minerals -<br>Face Amount $1,650,000.00<br>Recorded 5/23/1997 Judgment entered in Mortgage Foreclosure July 6, 2010 | $1,507,251.24 (This is Judgment amount in forclosure proceding includes balances due on first and 2nd mortgage |
| | 2nd Mortgage Somerset Minerals<br>Face Amount $335,000.00<br>Recorded 8/24/2001 Judgment in Mortgage Foreclosure entered July 6, 2010 | See Above |
| | Pritts Feed Mill Judgment entered<br>March 23, 2007 (1st in Time Judgment) | $27,370.54 |
| | Charles H. Burk Jr. Judgment Entered<br>January 15, 2008 (2nd in Time Judgment) Judgment is believed to be satisfied but remains of record. | $650.00 |
| | Donald H. Welk Judgment entered<br>May 14, 2009 (3rd in Time Judgment) | $117,469.30 |
| | ADM Alliance Nutrition, Inc.<br>Judgment entered<br>May 12, 2010 (4th in Time Judgment) | $14,934.77 |
| | Somerset Dairy Farm Service, Inc.<br>Transfer of Magistrate Court<br>Judgment entered<br>September 21, 2010 (5th in Time Judgment) | $3,902.34 |
| | Total Liens | $1,671,749.19 |
| | Total Equity | $0.00 |

Property Value: $702.50                    Hillegass Mineral Rights

| PROPERTY | JUDGMENT | AMOUNT |
|---|---|---|
| 1/3 interest in coal rights to 131.75 acres of land in Stonycreek Township. More fully described in Somerset County DBV 1845 page 430.  No mortgages, but outstanding real estate taxes owed. Value based on 1/3 County Tax Assessment Value | Somerset Tax Claim Bureau 2008 Real Estate Taxes | $102.82 |
| | Somerset Tax Claim Bureau 2009 Real Estate Taxes | $38.53 |
| | First Mortgage Somerset Minerals - Face Amount $1,650,000.00 Recorded 5/23/1997 Judgment entered in Mortgage Foreclosure July 6, 2010 | $1,507,251.24 (This is Judgment amount in forclosure proceeding includes balances due on first and 2nd mortgage |
| | 2nd Mortgage Somerset Minerals Face Amount $335,000.00 Recorded 8/24/2001 Judgment in Mortgage Foreclosure entered July 6, 2010 | See Above |
| | Pritts Feed Mill Judgment entered March 23, 2007 (1st in Time Judgment) | $27,370.54 |
| | Charles H. Burk Jr. Judgment Entered January 15, 2008 (2nd in Time Judgment) Judgment is believed to be satisfied but remains of record. | $650.00 |
| | Donald H. Welk Judgment entered May 14, 2009 (3rd in Time Judgment) | $117,469.30 |
| | ADM Alliance Nutrition, Inc. Judgment entered May 12, 2010 (4th in Time Judgment) | $14,934.77 |
| | Somerset Dairy Farm Service, Inc. Transfer of Magistrate Court Judgment entered September 21, 2010 (5th in Time Judgment) | $3,902.34 |
| | Total Liens | $1,671,719.54 |
| | Total Equity | $0.00 |

Property Value: $702.50                                    Hillegass Mineral Rights

| PROPERTY | JUDGMENT | AMOUNT |
|---|---|---|
| 1/9 interest in mineral rights to 128 acres in Stonycreek Township. More fully described in Somerset County DBV 1845 page 1430. No mortgages, outstanding real estate taxes owed. Value based on 1/9 County Tax Assessment Value | Somerset Tax Claim Bureau 2008 Real Estate Taxes | $83.95 |
| | Somerset Tax Claim Bureau 2009 Real Estate Taxes | $20.47 |
| | First Mortgage Somerset Minerals - Face Amount $1,650,000.00 Recorded 5/23/1997 Judgment entered in Mortgage Foreclosure July 6, 2010 | $1,507,251.24 (This is Judgment amount in forclosure proceeding includes balances due on first and 2nd mortgage |
| | 2nd Mortgage Somerset Minerals Face Amount $335,000.00 Recorded 8/24/2001 Judgment in Mortgage Foreclosure entered July 6, 2010 | See Above |
| | Pritts Feed Mill Judgment entered March 23, 2007 (1st in Time Judgment) | $27,370.54 |
| | Charles H. Burk Jr. Judgment Entered January 15, 2008 (2nd in Time Judgment) Judgment is believed to be satisfied but remains of record. | $650.00 |
| | Donald H. Welk Judgment entered May 14, 2009 (3rd in Time Judgment) | $117,469.30 |
| | ADM Alliance Nutrition, Inc. Judgment entered May 12, 2010 (4th in Time Judgment) | $14,934.77 |
| | Somerset Dairy Farm Service, Inc. Transfer of Magistrate Court Judgment entered September 21, 2010 (5th in Time Judgment) | $3,902.34 |
| | Total Liens | $1,671,682.61 |
| | Total Equity | $0.00 |

B6B (Official Form 6B) (12/07)

In re    **Douglas J. Hillegass**                                                      , Case No.    **10-71223**
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | **H** | **50.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Somerset Trust Company, account number ending 2819. Closed.** | **H** | **6.50** |
| | | **Checking account at 1st Summit, account number ending 2553. Closed.** | **H** | **9.25** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Debtor's undivided 1/2 interest in ordinary household goods and furnishings consisting of 3 rooms of bedroom furniture, 1 room of living room furniture, 1 room dining room furniture, Kitchen equipment and utensils, cookware, flatware, and ordinary lawn tools. Located at Debtor's residence. No item having a value over $550.00. Value listed below is Debtor's 1/2 interest at yard sale value.** | **H** | **4,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Debtor's wearing apparel located at Debtor's residence** | **H** | **250.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Remington Hunting Rifle** | **H** | **200.00** |
| | | **12 Gauge Shotgun** | **H** | **100.00** |
| | | **8mm Hunting Rifle** | **H** | **150.00** |

Sub-Total >    **4,765.75**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Douglas J. Hillegass**                                                                        Case No.    **10-71223**
                                                                     ,
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Nationwide Term life insurance policy with no cash surrender value.  Not part of the Bankruptcy Estate, listed for disclosure purposes only.** | H | 1.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **1/3 Ownership interest in Mountainview LLC, a dairy farm business, Is operational but LLC has a negative book value, and debts are believed to exceed assets. Not believed to have any economic value.** | H | 1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Undivided 1/2 interest in Estimated 2010 Income Tax Refund** | H | 250.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >                                252.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Douglas J. Hillegass**                                              ,   Case No.    **10-71223**
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **See Response to 33** | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | | **See Response to 33.** | - | 0.00 |

Sub-Total >        0.00
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Douglas J. Hillegass**                                                          ,    Case No.    **10-71223**
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | | **All Equipment, Livestock, Crops, etc. used in Farming operation is owned by Mountainview, LLC. Attached is a list of the most current inventory of equipment.  Debtor may have equitable ownership interest in said equipment, as his funds were used to purchase the equipment in whole or in part. Exemption is being claimed to the extent of debtors equitable ownership interest.** | **H** | **Unknown** |
| 34.  Farm supplies, chemicals, and feed. | | **See Response to 33** | **-** | **0.00** |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Debtor has personal bodily injury claim handled by Attorney Dan Rullo,  Status of the Case is unknown. Debtor sustained personal injuries in a tractor accident in June 2010.  Debtor retained Attorney Dan Rullo to represent him in said case, status of litigation unknown, value of asset unknown.** | **H** | **Unknown** |

|  | Sub-Total >  (Total of this page) | **0.00** |
|---|---|---|
|  | Total > | **5,017.75** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

**685 Mountainview, LLC**
38-3376892
FYE: 12/31/2009

# Tax Asset Detail    1/01/09 - 12/31/09

10/07/2010  8:36 AM
Page 1

| Asset | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: Building** | | | | | | | | | | | |
| 56 | Building/Add On Pens | 4/17/08 | 13,399 | 0c | 0 | 1,340 | 1,809 | 3,149 | 10,250 | 150DB | 10.0 |
| | **Building** | | 13,399 | | 0 | 1,340 | 1,809 | 3,149 | 10,250 | | |
| **Group: Equipment** | | | | | | | | | | | |
| 2 | Vicon Fertilizer Spdr 5T | 4/15/90 | 4,000 | 0 | 0 | 4,000 | 0 | 4,000 | 0 | 150DB | 7.0 |
| 3 | Long Irrig Pump 2000' | 1/01/91 | 40,000 | 0 | 0 | 40,000 | 0 | 40,000 | 0 | 150DB | 7.0 |
| 5 | JD Plow 7-16 #2800 | 10/03/93 | 5,400 | 0 | 0 | 5,400 | 0 | 5,400 | 0 | 150DB | 7.0 |
| 6 | JD Trctr #4230 2wd | 1/01/95 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150DB | 7.0 |
| 7 | Cat Backhoe #416 Cab 2 wd | 6/23/98 | 21,000 | 0 | 0 | 21,000 | 0 | 21,000 | 0 | 150DB | 7.0 |
| 8 | Batzer Silage Table #100 | 6/08/97 | 6,500 | 0 | 0 | 6,500 | 0 | 6,500 | 0 | 150DB | 5.0 |
| 9 | Ford Feed Truck #L9000 | 6/03/97 | 20,000 | 0 | 0 | 20,000 | 0 | 20,000 | 0 | 150DB | 5.0 |
| 10 | Westfield Gr. Auger #61-80 | 10/16/98 | 5,000 | 0 | 0 | 5,000 | 0 | 5,000 | 0 | 150DB | 7.0 |
| 11 | int. Feed Ttk #2500 | 11/04/99 | 20,000 | 0 | 0 | 20,000 | 0 | 20,000 | 0 | 150DB | 5.0 |
| 13 | Houle Liquid Manure Tk | 3/12/01 | 15,000 | 0 | 0 | 15,000 | 0 | 15,000 | 0 | 150DB | 7.0 |
| 14 | Knight Box Manure Spdr. | 1/01/01 | 20,000 | 0 | 0 | 20,000 | 0 | 20,000 | 0 | 150DB | 7.0 |
| 15 | Kinzce Corn Pltr #3300 | 4/01/03 | 32,759 | 0 | 0 | 26,566 | 4,954 | 31,520 | 1,239 | 150DB | 7.0 |
| 16 | JD Trctr #8100 2wd | 4/13/04 | 48,000 | 0 | 0 | 33,608 | 6,397 | 40,005 | 7,995 | 150DB | 7.0 |
| 17 | Western Star Feed Trk | 6/09/04 | 10,000 | 0 | 0 | 9,143 | 857 | 10,000 | 0 | 150DB | 5.0 |
| 18 | Gleaner Combine #R-52 | 7/23/04 | 47,768 | 10,000 | 0 | 35,976 | 4,565 | 40,541 | 7,227 | 150DB | 7.0 |
| 19 | Case SKid Ldr #450 | 9/07/04 | 13,043 | 13,043 | 0 | 0 | 0 | 0 | 0 | 150DB | 5.0 |
| 20 | Sunflower Chisel Plow | 4/12/05 | 27,000 | 0 | 0 | 15,620 | 3,501 | 19,121 | 7,879 | 150DB | 7.0 |
| 21 | Aero Max Manure Truck | 4/18/05 | 26,000 | 0 | 0 | 19,812 | 4,641 | 24,453 | 1,547 | 150DB | 5.0 |
| 22 | JD Tractor #8410 4wd | 6/01/05 | 99,500 | 0 | 0 | 57,560 | 12,905 | 70,465 | 29,035 | 150DB | 7.0 |
| 23 | Miller Hay Rake #918 | 6/01/05 | 44,500 | 0 | 0 | 25,526 | 5,553 | 31,079 | 13,421 | 150DB | 7.0 |
| 24 | Corn Pro Gooseneck Trl | 7/15/05 | 5,000 | 5,000 | 0 | 0 | 0 | 0 | 0 | 150DB | 5.0 |
| 25 | JD Hay Merger #4990 | 7/20/05 | 25,000 | 0 | 0 | 14,227 | 3,006 | 17,233 | 7,767 | 150DB | 7.0 |
| 26 | Miller Pro Silage Blower | 2/20/06 | 5,300 | 0 | 0 | 2,379 | 701 | 3,080 | 2,220 | 150DB | 7.0 |
| 27 | Spray Coupe Sprayer #440 | 5/12/06 | 25,000 | 25,000 | 0 | 11,220 | 3,180 | 14,400 | 10,600 | 150DB | 7.0 |
| 28 | 850 Class Harvester | 3/21/08 | 134,095 | 0 | 0 | 16,762 | 25,143 | 41,905 | 92,190 | 150DB | 7.0 |
| 29 | Heater for Shop | 3/17/08 | 1,077 | 0 | 0 | 173 | 194 | 367 | 710 | 150DB | 7.0 |
| 30 | Aluminum Manure Tank | 4/04/08 | 14,405 | 0 | 0 | 2,315 | 2,591 | 4,906 | 9,499 | 150DB | 7.0 |
| 58 | 1590 Grain Drill | 4/04/08 | 31,700 | 0 | 0 | 26,077 | 1,205 | 27,282 | 4,418 | 150DB | 7.0 |
| 59 | Highlift Bucket Rebuild | 3/17/08 | 2,496 | 0 | 0 | 401 | 449 | 850 | 1,646 | 150DB | 7.0 |
| 63 | Oil Barrel Holder | 3/25/08 | 877 | 0 | 0 | 141 | 158 | 299 | 578 | 150DB | 7.0 |
| 65 | Brake Truck Exhaust | 3/25/08 | 2,006 | 0 | 0 | 451 | 467 | 918 | 1,088 | 150DB | 5.0 |
| 66 | Manure Truck Turbo | 4/20/08 | 984 | 0 | 0 | 197 | 236 | 433 | 551 | 150DB | 5.0 |
| 67 | Alley Scraper | 3/25/08 | 816 | 0 | 0 | 117 | 149 | 266 | 550 | 150DB | 7.0 |
| 68 | Barn Lights | 4/25/08 | 1,418 | 0 | 0 | 203 | 260 | 463 | 955 | 150DB | 7.0 |
| 69 | Alley Scraper | 5/17/08 | 2,830 | 0 | 0 | 354 | 530 | 884 | 1,946 | 150DB | 7.0 |
| 70 | Tractor 6030 Clutch | 4/25/08 | 962 | 0 | 0 | 120 | 181 | 301 | 661 | 150DB | 5.0 |
| 71 | Alley Scraper | 5/28/08 | 525 | 0 | 0 | 92 | 130 | 222 | 303 | 150DB | 7.0 |
| 72 | Diller Hydraulic Truck Pump | 5/28/08 | 765 | 0 | 0 | 115 | 195 | 310 | 455 | 150DB | 7.0 |
| 73 | Truck Radiator (beistels) | 6/20/08 | 4,470 | 0 | 0 | 399 | 872 | 1,271 | 3,199 | 150DB | 5.0 |
| 74 | 4255 Turbo | 7/25/08 | 8,000 | 0 | 0 | 429 | 1,622 | 2,051 | 5,949 | 150DB | 5.0 |
| 75 | 816 Gleaner Grain Head | 9/26/08 | 1,145 | 0 | 0 | 86 | 318 | 404 | 741 | 150DB | 7.0 |
| 76 | Injector Replacement Int'l Truck | 9/26/08 | 3,785 | 0 | 0 | 270 | 754 | 1,024 | 2,761 | 150DB | 5.0 |
| 77 | Rebuild Manure Tank | 9/15/08 | 12,800 | 0 | 0 | 686 | 2,596 | 3,282 | 9,518 | 150DB | 7.0 |
| 78 | 2008 770 Class Tedder | 9/30/08 | | 0 | 0 | | | | | 150DB | 7.0 |

685 Mountainview, LLC
38-3776892
FYE: 12/31/2009

# Tax Asset Detail

## 1/01/09 - 12/31/09

10/07/2010 8:36 AM
Page 2

| Asset # | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: Equipment (continued)** | | | | | | | | | | | |
| 82 | Hess Furnace | 9/10/08 | 1,000 | 0 | 0 | 71 | 199 | 270 | 730 | 150DB | 7.0 |
| 83 | Krause 4900 Disks | 11/28/08 | 12,500 | 0 | 0 | 223 | 2,631 | 2,854 | 9,646 | 150DB | 7.0 |
| 84 | Outdoor Furnace | 12/15/08 | 8,450 | 0 | 0 | 151 | 1,778 | 1,929 | 6,521 | 150DB | 7.0 |
| 86 | JD 7430 4WD TRACTOR | 1/13/08 | 85,543 | 0 | 0 | 16,803 | 14,730 | 31,533 | 54,010 | 150DB | 7.0 |
| 88 | 1995 Int'l 8200 Blue Truck | 1/30/08 | 14,700 | 0 | 0 | 3,160 | 3,462 | 6,622 | 8,078 | 150DB | 5.0 |
| 89 | FUEL TANK | 1/18/05 | 1,300 | 0 | 0 | 255 | 224 | 479 | 821 | 150DB | 7.0 |
| 91 | JD Markers | 1/29/08 | 2,000 | 0 | 0 | 0 | 393 | 393 | 1,607 | 150DB | 7.0 |
| 92 | Manure Pump | 2/24/09 | 2,200 | 0 | 0 | 0 | 393 | 393 | 1,807 | 150DB | 7.0 |
| 93 | Tarp - Martins Welding | 5/06/09 | 2,845 | 0 | 0 | 0 | 406 | 406 | 2,439 | 200DB | 7.0 |
| | **Equipment** | | 910,464 | 0c | 0 | 485,631 | 112,526 | 598,157 | 312,307 | | |
| | **\*Less: Dispositions and Transfers** | | 15,000 | 0 | 0 | 15,000 | | 15,000 | 0 | | |
| | **Net Equipment** | | 895,464 | 0c | 0 | 470,631 | 112,526 | 583,157 | 312,307 | | |
| **Group: Livestock** | | | | | | | | | | | |
| 31 | 2 Cows | 9/25/03 | 2,375 | 0 | 0 | 2,375 | 0 | 2,375 | 0 | 150DB | 5.0 |
| 32 | 20 Cows | 11/24/03 | 22,195 | 0 | 0 | 22,195 | 0 | 22,195 | 0 | 150DB | 5.0 |
| 33 | 7 Cows | 12/16/03 | 8,950 | 0 | 0 | 8,950 | 0 | 8,950 | 0 | 150DB | 5.0 |
| 34 | 3 Cows | 7/16/04 | 2,850 | 0 | 0 | 2,544 | 306 | 2,850 | 0 | 150DB | 5.0 |
| 35 | 33 Cows | 10/01/04 | 76,500 | 0 | 0 | 66,548 | 9,502 | 76,050 | 450 | 150DB | 5.0 |
| 36 | 1 Cows | 1/18/05 | 52,500 | 0 | 0 | 41,130 | 10,495 | 51,625 | 875 | 150DB | 5.0 |
| 37 | 2 Cows | 1/25/05 | 2,200 | 0 | 0 | 1,724 | 439 | 2,163 | 37 | 150DB | 5.0 |
| 38 | 1 Cow | 1/25/05 | 850 | 0 | 0 | 654 | 157 | 811 | 39 | 150DB | 5.0 |
| 39 | 1 Cow | 3/17/05 | 5,125 | 0 | 0 | 3,939 | 949 | 4,888 | 237 | 150DB | 5.0 |
| 40 | 1 Cows | 3/24/05 | 12,150 | 0 | 0 | 7,204 | 2,283 | 9,487 | 2,663 | 150DB | 5.0 |
| 41 | 5 Cows | 2/21/06 | 15,575 | 0 | 0 | 9,234 | 2,927 | 12,161 | 3,414 | 150DB | 5.0 |
| 42 | 18 Cows | 2/21/06 | 18,900 | 0 | 0 | 11,029 | 3,148 | 14,177 | 4,723 | 150DB | 5.0 |
| 43 | 10 Cows | 2/21/06 | 20,905 | 0 | 0 | 12,198 | 3,483 | 15,681 | 5,224 | 150DB | 5.0 |
| 44 | 1 Cows | 7/06/06 | 99,500 | 0 | 0 | 58,059 | 14,208 | 72,267 | 27,233 | 150DB | 5.0 |
| 45 | 1 Cow | 7/06/06 | 33,500 | 0 | 0 | 19,548 | 4,783 | 24,331 | 9,169 | 150DB | 5.0 |
| 46 | 1 Cow | 12/04/06 | 1,500 | 0 | 0 | 876 | 208 | 1,084 | 416 | 150DB | 5.0 |
| 47 | 11 Cows | 12/04/06 | 11,900 | 0 | 0 | 6,944 | 1,652 | 8,596 | 3,304 | 150DB | 5.0 |
| 48 | 1 Cows | 12/21/06 | 15,800 | 0 | 0 | 6,399 | 3,049 | 9,448 | 6,352 | 150DB | 5.0 |
| 49 | 15 Cows | 12/21/06 | 7,500 | 0 | 0 | 3,038 | 1,338 | 4,376 | 3,124 | 150DB | 5.0 |
| 50 | Cow - Chi | 4/24/07 | 35,250 | 0 | 0 | 14,277 | 6,292 | 20,569 | 14,681 | 150DB | 5.0 |
| 52 | 1 Bull | 1/25/07 | 1,100 | 0 | 0 | 446 | 196 | 642 | 458 | 150DB | 5.0 |
| 53 | 1 Cows | 7/30/07 | 14,350 | 0 | 0 | 5,812 | 2,561 | 8,373 | 5,977 | 150DB | 5.0 |
| 54 | 1 Cow | 7/09/07 | 18,789 | 0 | 0 | 10,380 | 1,370 | 11,750 | 7,039 | 150DB | 5.0 |
| 55 | 1 Cow | 9/07/07 | — | 0 | 0 | — | — | — | — | 150DB | 5.0 |
| 56 | Cattle | 9/06/04 | — | 0 | 0 | — | — | — | — | 150DB | 5.0 |
| 64 | Cows (58) | 5/21/08 | 137,260 | 0 | 0 | 24,021 | 33,971 | 57,992 | 79,268 | 150DB | 5.0 |
| 64 | Cows (38) | 5/21/08 | 71,280 | 0 | 0 | 12,474 | 17,642 | 30,116 | 41,164 | 150DB | 5.0 |
| 87 | CATTLE PURCHASE (Pieta Bros) | 1/07/08 | 17,750 | 0 | 0 | 5,325 | 3,728 | 9,053 | 8,697 | 150DB | 5.0 |
| 88 | Cattle Purchase (7 Beaches) | 1/28/08 | 11,670 | 0 | 0 | 3,209 | 2,538 | 5,747 | 5,923 | 150DB | 5.0 |
| 94 | Cattle Purchase (70) Sunshine Heifer | 5/31/09 | 140,000 | 125,000c | 0 | 0 | 127,625 | 127,625 | 12,375 | 150DB | 5.0 |
| | **Livestock** | | 863,710 | 125,000c | 0 | 363,451 | 257,867 | 621,318 | 242,392 | | |

685  Mountainview, LLC
38-3776892
FYE: 12/31/2009

# Tax Asset Detail   1/01/09 - 12/31/09

10/07/2010  8:36 AM
Page 3

| Asset # | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Grand Total | | 1,787,573 | 125,000c | 0 | 850,422 | 372,202 | 1,222,624 | 564,949 | | |
| | Less: Dispositions and Transfers | | 15,000 | 0 | 0 | 15,000 | 0 | 15,000 | 0 | | |
| | Net Grand Total | | 1,772,573 | 125,000c | 0 | 835,422 | 372,202 | 1,207,624 | 564,949 | | |

685A   HILLEGASS, DOUGLAS & DEBRA
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
FYE: 12/31/2009

# Tax Asset Detail   1/01/09 - 12/31/09

10/07/2010  4:38 PM
Page 1

| Asset | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2008 360 CLASS ROUND BALFF | 9/30/08 | 27,366 | 25,000 | 0 | 25,127 | 480 | 25,607 | 1,759 | 150DB | 7.0 |
| | Grand Total | | 27,366 | 0c | 0 | 25,127 | 480 | 25,607 | 1,759 | | |

685F  MOUNTAINVIEW LLC
FYE: 12/31/2009

# Tax Asset Detail  1/01/09 - 12/31/09

10/08/2010  11:08 AM
Page 1

**Activity: FARM BUILDINGS**

| Asset Id | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: Building & Improvements** | | | | | | | | | | | |
| 1 | MACHINE SHED | 11/01/90 | 4,500 | 0 | 0 | 4,194 | 167 | 4,361 | 139 | 150DB | 20.0 |
| 2 | PAVING | 1/01/93 | 2,584 | 0 | 0 | 2,584 | 0 | 2,584 | 0 | 150DB | 15.0 |
| 3 | MACH SHED | 1/01/93 | 27,539 | 0 | 0 | 27,539 | 0 | 27,539 | 0 | 150DB | 15.0 |
| 4 | DAIRY BARN CONSTRUCTION | 12/15/95 | 474,141 | 0 | 0 | 259,381 | 18,966 | 278,347 | 195,794 | 150DB | 15.0 |
| 5 | BARN OVERRUN | 1/15/96 | 116,562 | 0 | 0 | 59,443 | 4,663 | 64,106 | 52,456 | S/L | 25.0 |
| 6 | FEED ROOM DOOR | 2/01/96 | 1,520 | 0 | 0 | 776 | 61 | 837 | 683 | S/L | 25.0 |
| 7 | MILKING PARLOR BUILD | 7/01/96 | 237,345 | 0 | 0 | 195,820 | 16,610 | 212,430 | 24,915 | 150DB | 15.0 |
| 8 | PARLOR PLUMBING & HEATIN | 2/01/97 | 9,028 | 0 | 0 | 7,098 | 626 | 7,724 | 1,304 | 150DB | 15.0 |
| 9 | DRY COW BARN | 6/30/97 | 33,414 | 0 | 0 | 19,232 | 1,669 | 20,901 | 12,513 | 150DB | 20.0 |
| 10 | CALF BARN | 10/01/97 | 6,763 | 0 | 0 | 4,970 | 478 | 5,448 | 1,315 | 150DB | 20.0 |
| 11 | BUNKER SILOS | 11/01/97 | 24,165 | 0 | 0 | 13,431 | 1,216 | 14,647 | 9,518 | 150DB | 20.0 |
| 12 | RYAN WALL CURTAINS | 1/06/98 | 2,400 | 0 | 0 | 1,736 | 166 | 1,902 | 498 | 150DB | 15.0 |
| 13 | BUNKER SILO | 8/20/98 | 15,052 | 0 | 0 | 10,358 | 1,006 | 11,364 | 3,688 | 150DB | 20.0 |
| 14 | HEIFER BARN CONCRETE | 9/20/98 | 1,424 | 0 | 0 | 972 | 95 | 1,067 | 357 | 150DB | 15.0 |
| 15 | KEYSTONE CONCRETE | 1/31/99 | 2,129 | 0 | 0 | 2,129 | 0 | 2,129 | 0 | 150DB | 7.0 |
| 16 | BUNKER WALLS | 9/09/01 | 8,324 | 0 | 0 | 8,324 | 0 | 8,324 | 0 | 150DB | 7.0 |
| 17 | MOBILE HOME | 8/19/05 | 800 | 0 | 0 | 454 | 94 | 548 | 252 | 150DB | 7.0 |
| | **Building & Improvements** | | 967,690 | 0c | 0 | 618,441 | 45,817 | 664,258 | 303,432 | | |
| **Group: Land** | | | | | | | | | | | |
| 18 | 306 ACRES | 12/01/91 | 75,000 | 0c | 0 | 0 | 0 | 0 | 75,000 | Land | 0.0 |
| | **Land** | | 75,000 | 0c | 0 | 0 | 0 | 0 | 75,000 | | |
| | **FARM BUILDINGS** | | 1,042,690 | 0c | 0 | 618,441 | 45,817 | 664,258 | 378,432 | | |

685F  MOUNTAINVIEW LLC

FYE: 12/31/2009

# Tax Asset Detail   1/01/09 - 12/31/09

10/08/2010  11:08 AM
Page 2

**Activity: RENTAL HOUSE**

| Asset | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: Building & Improvements** | | | | | | | | | | | |
| 1 | CARPET | 5/15/01 | 1,312 | 0 | 0 | 1,312 | 0 | 1,312 | 0 | 200DB | 7.0 |
| 2 | ROOF | 7/01/01 | 2,414 | 0 | 0 | 655 | 88 | 743 | 1,671 | S/L | 27.5 |
| 3 | CARPET | 2/23/02 | 1,200 | 0 | 0 | 1,186 | 14 | 1,200 | 0 | 200DB | 7.0 |
| 4 | IMPROVEMENTS | 3/22/02 | 1,944 | 0 | 0 | 1,913 | 31 | 1,944 | 0 | 200DB | 7.0 |
| 5 | IMPROVEMENTS | 4/15/02 | 2,846 | 0 | 0 | 2,798 | 48 | 2,846 | 0 | 200DB | 7.0 |
| 6 | CARPET | 8/15/02 | 2,449 | 0 | 0 | 2,363 | 86 | 2,449 | 0 | 200DB | 7.0 |
| 7 | FURNACE | 10/15/04 | 5,911 | 0 | 0 | 4,872 | 378 | 5,250 | 661 | 200DB | 7.0 |
| 8 | OUTSIDE FURNACE | 10/25/05 | 5,000 | 0 | 0 | 3,438 | 447 | 3,885 | 1,115 | 200DB | 7.0 |
| | **Building & Improvements** | | 23,076 | 0c | 0 | 18,537 | 1,092 | 19,629 | 3,447 | | |
| | **RENTAL HOUSE** | | 23,076 | 0c | 0 | 18,537 | 1,092 | 19,629 | 3,447 | | |
| | **Grand Total** | | 1,065,766 | 0c | 0 | 636,978 | 46,909 | 683,887 | 381,879 | | |

B6C (Official Form 6C) (4/10)

In re   **Douglas J. Hillegass**                                                          ,    Case No.   __10-71223__
                                                    **Debtor**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                    $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)                                                                    *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on Hand** | **11 U.S.C. § 522(d)(5)** | **50.00** | **50.00** |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account at Somerset Trust Company, account number ending 2819.  Closed.** | **11 U.S.C. § 522(d)(5)** | **6.50** | **6.50** |
| | | | |
| **Checking account at 1st Summit, account number ending 2553. Closed.** | **11 U.S.C. § 522(d)(5)** | **9.25** | **9.25** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Debtor's undivided 1/2 interest in ordinary household goods and furnishings consisting of 3 rooms of bedroom furniture, 1 room of living room furniture, 1 room dining room furniture, Kitchen equipment and utensils, cookware, flatware, and ordinary lawn tools. Located at Debtor's residence. No item having a value over $550.00.  Value listed below is Debtor's 1/2 interest at yard sale value.** | **11 U.S.C. § 522(d)(3)** | **4,000.00** | **4,000.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Debtor's wearing apparel located at Debtor's residence** | **11 U.S.C. § 522(d)(3)** | **250.00** | **250.00** |
| | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Remington Hunting Rifle** | **11 U.S.C. § 522(d)(5)** | **200.00** | **200.00** |
| | | | |
| **12 Gauge Shotgun** | **11 U.S.C. § 522(d)(5)** | **100.00** | **100.00** |
| | | | |
| **8mm Hunting Rifle** | **11 U.S.C. § 522(d)(5)** | **150.00** | **150.00** |
| | | | |
| **Interests in Insurance Policies** | | | |
| **Nationwide Term life insurance policy with no cash surrender value.  Not part of the Bankruptcy Estate, listed for disclosure purposes only.** | **11 U.S.C. § 522(d)(7)** | **1.00** | **1.00** |
| | | | |
| **Stock and Interests in Businesses** | | | |
| **1/3 Ownership interest in Mountainview LLC, a dairy farm business, Is operational but LLC has a negative book value, and debts are believed to exceed assets. Not believed to have any economic value.** | **11 U.S.C. § 522(d)(5)** | **1.00** | **1.00** |
| | | | |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Undivided 1/2 interest in Estimated 2010 Income Tax Refund** | **11 U.S.C. § 522(d)(5)** | **250.00** | **250.00** |

__1__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re    **Douglas J. Hillegass**                                    ,    Case No.    **10-71223**
                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Farming Equipment and Implements** | | | |
| **All Equipment, Livestock, Crops, etc. used in Farming operation is owned by Mountainview, LLC. Attached is a list of the most current inventory of equipment.  Debtor may have equitable ownership interest in said equipment, as his funds were used to purchase the equipment in whole or in part.  Exemption is being claimed to the extent of debtors equitable ownership interest.** | **11 U.S.C. § 522(d)(6)**<br>**11 U.S.C. § 522(d)(5)** | **2,175.00**<br>**11,208.25** | **Unknown** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Debtor has personal bodily injury claim handled by Attorney Dan Rullo,  Status of the Case is unknown. Debtor sustained personal injuries in a tractor accident in June 2010.  Debtor retained Attorney Dan Rullo to represent him in said case, status of litigation unknown, value of asset unknown.** | **11 U.S.C. § 522(d)(11)(D)**<br>**11 U.S.C. § 522(d)(11)(E)** | **21,625.00**<br>**Unknown** | **Unknown** |

Total:    **40,026.00**    **5,017.75**

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Douglas J. Hillegass**                                                     ,    Case No.    **10-71223**
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | May 12, 2010 | | | | | |
| ADM Alliance Nutrition, Inc. 1000 M 30th Street Quincy, IL 62301 | X | H | Judgment<br><br>All real estate listed on Schedule A (4th in time Judgment) | X | X | X | | |
| | | | Value $                0.00 | | | | 14,934.77 | 14,934.77 |
| Account No. | | | January 15, 2008 | | | | | |
| Charles H. Burk, Jr. 8983 Glades Pike Berlin, PA 15530 | X | H | Judgment<br><br>All real estate on Schedule A (2nd in time Judgment) No Money Believed to be owing, but judgment is of record. | X | X | X | | |
| | | | Value $                0.00 | | | | 0.00 | 0.00 |
| Account No. | | | May 14, 2009 | | | | | |
| Donald H. Welk 1541 Lime Valley Road Strasburg, PA 17579 | X | H | Judgment Note<br><br>All real estate on Schedule A (3rd in time Judgment) | X | X | X | | |
| | | | Value $                0.00 | | | | 117,469.30 | 117,469.30 |
| Account No. | | | March 23, 2007 | | | | | |
| Pritts Feed Mill 26 West Main Street Mount Pleasant, PA 15666 | | H | Judgment<br><br>All real estate listed on Schedule A (1st in time Judgment) | X | X | X | | |
| | | | Value $                0.00 | | | | 27,370.54 | 27,370.54 |

**7** continuation sheets attached

Subtotal
(Total of this page)            159,774.61            159,774.61

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Douglas J. Hillegass** _____,    Case No. ___**10-71223**_____
                                                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | | |
| Account No. 2007 <br> Somerset County Tax Claim Bureau <br> 300 North Center Avenue <br> Suite 370 <br> Somerset, PA 15501 | | - | | | Real Estate Taxes Parcel 3-the "Stutzman Farm". Tax Map # S44-010-056-00. Consists of 132 acres in Stonycreek Township. More fully described in Somerset County Recorder's Office at DBV 1470 page 768. Subject to restrictive covenant (property | | | | | |
| | | | | | Value $        338,324.00 | | | | 1,806.73 | 0.00 |
| Account No. 2008 <br> Somerset County Tax Claim Bureau <br> 300 North Center Avenue <br> Suite 370 <br> Somerset, PA 15501 | | - | | | Real Estate Taxes Parcel 3-the "Stutzman Farm". Tax Map # S44-010-056-00. Consists of 132 acres in Stonycreek Township. More fully described in Somerset County Recorder's Office at DBV 1470 page 768. Subject to restrictive covenant (property | | | | | |
| | | | | | Value $        338,324.00 | | | | 3,076.34 | 0.00 |
| Account No. 2009 <br> Somerset County Tax Claim Bureau <br> 300 North Center Avenue <br> Suite 370 <br> Somerset, PA 15501 | | - | | | Real Estate Taxes Parcel 3-the "Stutzman Farm". Tax Map # S44-010-056-00. Consists of 132 acres in Stonycreek Township. More fully described in Somerset County Recorder's Office at DBV 1470 page 768. Subject to restrictive covenant (property | | | | | |
| | | | | | Value $        338,324.00 | | | | 2,891.31 | 0.00 |
| Account No. 2008 <br> Somerset County Tax Claim Bureau <br> 300 North Center Avenue <br> Suite 370 <br> Somerset, PA 15501 | | - | | | Real Estate Taxes Parcel 4-the "Croner/Miller Farm." Tax Map # S44-014-007-01. Consists of 89 acres in Stonycreek Township. More fully described in Somerset County DBV 1534 page 764. No Improvements. Value based on County Tax Assessment Value | | | | | |
| | | | | | Value $        123,724.30 | | | | 1,161.03 | 0.00 |
| Account No. 2009 <br> Somerset County Tax Claim Bureau <br> 300 North Center Avenue <br> Suite 370 <br> Somerset, PA 15501 | | - | | | Real Estate Taxes Parcel 4-the "Croner/Miller Farm." Tax Map # S44-014-007-01. Consists of 89 acres in Stonycreek Township. More fully described in Somerset County DBV 1534 page 764. No Improvements. Value based on County Tax Assessment Value | | | | | |
| | | | | | Value $        123,724.30 | | | | 1,053.82 | 0.00 |

Sheet __1__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 9,989.23 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Douglas J. Hillegass**                                                    ,  Case No.  **10-71223**
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>Somerset County Tax Claim Bureau<br>300 North Center Avenue<br>Suite 370<br>Somerset, PA 15501 | - | | | 2007<br>**Real Estate Taxes**<br>**Parcel 2-the "Mountain View Farm." Tax Map # S44-014-045-00. Consists of 216 acres in Stonycreek Township. More fully described in Somerset County DBV 1195 page 827. Includes 5 buildings used in farm operation, Debtor's** | | | | | |
| | | | | Value $              964,982.10 | | | | 3,143.72 | 0.00 |
| Account No.<br><br>Somerset County Tax Claim Bureau<br>300 North Center Avenue<br>Suite 370<br>Somerset, PA 15501 | - | | | 2008<br>**Real Estate Taxes**<br>**Parcel 2-the "Mountain View Farm." Tax Map # S44-014-045-00. Consists of 216 acres in Stonycreek Township. More fully described in Somerset County DBV 1195 page 827. Includes 5 buildings used in farm operation, Debtor's** | | | | | |
| | | | | Value $              964,982.10 | | | | 9,388.45 | 0.00 |
| Account No.<br><br>Somerset County Tax Claim Bureau<br>300 North Center Avenue<br>Suite 370<br>Somerset, PA 15501 | - | | | 2009<br>**Real Estate Taxes**<br>**Parcel 2-the "Mountain View Farm." Tax Map # S44-014-045-00. Consists of 216 acres in Stonycreek Township. More fully described in Somerset County DBV 1195 page 827. Includes 5 buildings used in farm operation, Debtor's** | | | | | |
| | | | | Value $              964,982.10 | | | | 7,951.09 | 0.00 |
| Account No.<br><br>Somerset County Tax Claim Bureau<br>300 North Center Avenue<br>Suite 370<br>Somerset, PA 15501 | - | | | 2007<br>**Real Estate Taxes**<br>**Parcel 1-the "Glessner Farm." Tax Map # S44-014-010-00. Consists of 125 acres in Stonycreek Township. More fully described in Somerset County DBV 1470 page 772. Includes 2 buildings used in farming operation, and a third building** | | | | | |
| | | | | Value $              302,721.30 | | | | 1,573.60 | 0.00 |
| Account No.<br><br>Somerset County Tax Claim Bureau<br>300 North Center Avenue<br>Suite 370<br>Somerset, PA 15501 | - | | | 2008<br>**Real Estate Taxes**<br>**Parcel 1-the "Glessner Farm." Tax Map # S44-014-010-00. Consists of 125 acres in Stonycreek Township. More fully described in Somerset County DBV 1470 page 772. Includes 2 buildings used in farming operation, and a third building** | | | | | |
| | | | | Value $              302,721.30 | | | | 2,946.92 | 0.00 |

Sheet  **2**  of  **7**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 25,003.78 | 0.00 |
|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re **Douglas J. Hillegass** _____,  Case No. ___**10-71223**___
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Somerset County Tax Claim Bureau <br> 300 North Center Avenue <br> Suite 370 <br> Somerset, PA 15501 | | - | 2009 <br> Real Estate Taxes <br> Parcel 1-the "Glessner Farm." Tax Map # S44-014-010-00. Consists of 125 acres in Stonycreek Township. More fully described in Somerset County DBV 1470 page 772. Includes 2 buildings used in farming operation, and a third building | | | | | |
| | | | Value $            302,721.30 | | | | 2,678.10 | 0.00 |
| Account No. <br><br> Somerset County Tax Claim Bureau <br> 300 North Center Avenue <br> Suite 370 <br> Somerset, PA 15501 | | | 2008 <br> Real Estate Taxes <br> 1/12 interest in mineral rights of 135 acres located in Brothersvalley Township. More fully described in Somerset County DBV 1731 page 368. Not subject to any mortgage.  Real estate taxes owed for 2008 and 2009. | | | | | |
| | | | Value $            44.49 | | | | 87.93 | 43.44 |
| Account No. <br><br> Somerset County Tax Claim Bureau <br> 300 North Center Avenue <br> Suite 370 <br> Somerset, PA 15501 | | | 2009 <br> Real Estate Taxes <br> 1/12 interest in mineral rights of 135 acres located in Brothersvalley Township. More fully described in Somerset County DBV 1731 page 368. Not subject to any mortgage.  Real estate taxes owed for 2008 and 2009. | | | | | |
| | | | Value $            44.49 | | | | 21.18 | 21.18 |
| Account No. <br><br> Somerset County Tax Claim Bureau <br> 300 North Center Avenue <br> Suite 370 <br> Somerset, PA 15501 | | - | 2008 <br> Real Estate Taxes <br> 1/9 interest in mineral rights from 65 acres in Brothersvalley Township.  More fully described in Somerset County DBV 1731 page 368.  Not subject to any mortgages, real estate taxes due and owing. Value based on 1/9 County Tax | | | | | |
| | | | Value $            37.46 | | | | 86.00 | 48.54 |
| Account No. <br><br> Somerset County Tax Claim Bureau <br> 300 North Center Avenue <br> Suite 370 <br> Somerset, PA 15501 | | - | 2009 <br> Real Estate Taxes <br> 1/9 interest in mineral rights from 65 acres in Brothersvalley Township.  More fully described in Somerset County DBV 1731 page 368.  Not subject to any mortgages, real estate taxes due and owing. Value based on 1/9 County Tax | | | | | |
| | | | Value $            37.46 | | | | 20.66 | 20.66 |

Sheet __3__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

2,893.87 | 133.82

B6D (Official Form 6D) (12/07) - Cont.

In re __Douglas J. Hillegass_____,    Case No. ___10-71223_____
                                                      Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Somerset County Tax Claim Bureau<br>300 North Center Avenue<br>Suite 370<br>Somerset, PA 15501 | | - | **2008**<br>**Real Estate Taxes**<br>**2/9 interest in mineral rights to 65 acres located in Brothersvalley Township. More fully described in Somerset County DBV 1731 page 368.  Not subject to any mortgages.  Real estate taxes outstanding. Value based on 2/9 County** | | | | | |
| | | | Value $      **149.86** | | | | **88.70** | **0.00** |
| Account No.<br><br>Somerset County Tax Claim Bureau<br>300 North Center Avenue<br>Suite 370<br>Somerset, PA 15501 | | - | **2009**<br>**Real Estate Taxes**<br>**2/9 interest in mineral rights to 65 acres located in Brothersvalley Township. More fully described in Somerset County DBV 1731 page 368.  Not subject to any mortgages.  Real estate taxes outstanding. Value based on 2/9 County** | | | | | |
| | | | Value $      **149.86** | | | | **21.40** | **0.00** |
| Account No.<br><br>Somerset County Tax Claim Bureau<br>300 North Center Avenue<br>Suite 370<br>Somerset, PA 15501 | | - | **2008**<br>**Real Estate Taxes**<br>**1/3 interest in mineral rights to 37.5 acres in Brothersvalley Township. More fully described in Somerset County DBV 1845 page 430.  No mortgages against this parcel, but real estate taxes outstanding. Value based on 1/3 County** | | | | | |
| | | | Value $      **1,358.17** | | | | **115.66** | **0.00** |
| Account No.<br><br>Somerset County Tax Claim Bureau<br>300 North Center Avenue<br>Suite 370<br>Somerset, PA 15501 | | - | **2009**<br>**Real Estate Taxes**<br>**1/3 interest in mineral rights to 37.5 acres in Brothersvalley Township. More fully described in Somerset County DBV 1845 page 430.  No mortgages against this parcel, but real estate taxes outstanding. Value based on 1/3 County** | | | | | |
| | | | Value $      **1,358.17** | | | | **28.51** | **0.00** |
| Account No.<br><br>Somerset County Tax Claim Bureau<br>300 North Center Avenue<br>Suite 370<br>Somerset, PA 15501 | | - | **2008**<br>**Real Estate Taxes**<br>**1/12 interest in mineral rights to 281 acres located in Brothersvalley Township. More fully described in Somerset County DBV 1731 page 368. No mortgages, but outstanding real estate taxes owed. Value based on 1/12** | | | | | |
| | | | Value $      **566.68** | | | | **136.88** | **0.00** |

Sheet __4___ of __7___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                       Subtotal
(Total of this page)        **391.15**       **0.00**

**B6D (Official Form 6D) (12/07) - Cont.**

In re   **Douglas J. Hillegass**                             ,      Case No.   **10-71223**

                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>Somerset County Tax Claim Bureau<br>300 North Center Avenue<br>Suite 370<br>Somerset, PA 15501 | | - | | **2009**<br>**Real Estate Taxes**<br>**1/12 interest in mineral rights to 281 acres located in Brothersvalley Township. More fully described in Somerset County DBV 1731 page 368. No mortgages, but outstanding real estate taxes owed. Value based on 1/12** | | | | | |
| | | | | Value $        **566.68** | | | | **34.12** | **0.00** |
| Account No.<br><br>Somerset County Tax Claim Bureau<br>300 North Center Avenue<br>Suite 370<br>Somerset, PA 15501 | | - | | **2008**<br>**Real Estate Taxes**<br>**1/3 interest in coal rights to 131.75 acres of land in Stonycreek Township. More fully described in Somerset County DBV 1845 page 430. No mortgages, but outstanding real estate taxes owed. Value based on 1/3 County Tax** | | | | | |
| | | | | Value $        **702.50** | | | | **102.82** | **0.00** |
| Account No.<br><br>Somerset County Tax Claim Bureau<br>300 North Center Avenue<br>Suite 370<br>Somerset, PA 15501 | | - | | **2009**<br>**Real Estate Taxes**<br>**1/3 interest in coal rights to 131.75 acres of land in Stonycreek Township. More fully described in Somerset County DBV 1845 page 430. No mortgages, but outstanding real estate taxes owed. Value based on 1/3 County Tax** | | | | | |
| | | | | Value $        **702.50** | | | | **38.53** | **0.00** |
| Account No.<br><br>Somerset County Tax Claim Bureau<br>300 North Center Avenue<br>Suite 370<br>Somerset, PA 15501 | | - | | **2008**<br>**Real Estate Taxes**<br>**1/12 interest in 209 acres of land in Stonycreek Township. More fully described in Somerset County DBV 1731 page 368. No mortgages, but outstanding real estate taxes owed. No Improvements. Value based on 1/12** | | | | | |
| | | | | Value $      **2,568.81** | | | | **361.61** | **0.00** |
| Account No.<br><br>Somerset County Tax Claim Bureau<br>300 North Center Avenue<br>Suite 370<br>Somerset, PA 15501 | | - | | **2009**<br>**Real Estate Taxes**<br>**1/12 interest in 209 acres of land in Stonycreek Township. More fully described in Somerset County DBV 1731 page 368. No mortgages, but outstanding real estate taxes owed. No Improvements. Value based on 1/12** | | | | | |
| | | | | Value $      **2,568.81** | | | | **286.74** | **0.00** |

Sheet **5** of **7** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                  Subtotal                **823.82**          **0.00**
                         (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re   **Douglas J. Hillegass** _____,   Case No. ___**10-71223**___
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Somerset County Tax Claim Bureau**<br>**300 North Center Avenue**<br>**Suite 370**<br>**Somerset, PA 15501** | - | | **2008**<br>**Real Estate Taxes**<br>**1/9 interest in mineral rights to 128 acres in Stonycreek Township.  More fully described in Somerset County DBV 1845 page 1430.  No mortgages, outstanding real estate taxes owed. Value based on 1/9 County Tax Assessment Value** | | | | | |
| | | | Value $                       **6.24** | | | | **83.95** | **77.71** |
| Account No.<br><br>**Somerset County Tax Claim Bureau**<br>**300 North Center Avenue**<br>**Suite 370**<br>**Somerset, PA 15501** | - | | **2009**<br>**Real Estate Taxes**<br>**1/9 interest in mineral rights to 128 acres in Stonycreek Township.  More fully described in Somerset County DBV 1845 page 1430.  No mortgages, outstanding real estate taxes owed. Value based on 1/9 County Tax Assessment Value** | | | | | |
| | | | Value $                       **6.24** | | | | **20.47** | **20.47** |
| Account No.<br><br>**Somerset Dairy Farm Service Inc.**<br>**163 Link Road**<br>**Somerset, PA 15501** | | H | **September 21, 2010**<br><br>**Transfer of Magistrate Court Judgment**<br><br>**All Real Estate on Schedule A (7th in time Judgment)** | X | X | X | | |
| | | | Value $                       **0.00** | | | | **3,902.34** | **3,902.34** |
| Account No.<br><br>**Somerset Minerals LP**<br>**14860 Montfort Drive**<br>**Suite 209**<br>**Dallas, TX 75254** | - | | **5/23/97**<br>**First Mortgage**<br>**Parcels 1, 2, 3 and 4 on Schedule A. Somerset Minerals LP is believed to be assignee of Corestates Bank NA (original mortgagee).  Both money judgment and judgment in mortgage foreclosure have been entered.** | X | X | X | | |
| | | | Value $                       **0.00** | | | | **0.00** | **0.00** |
| Account No.<br><br>**Somerset Minerals LP**<br>**14860 Montfort Drive**<br>**Suite 209**<br>**Dallas, TX 75254** | - | | **8/24/01**<br>**Second Mortgage**<br>**Parcels 1, 2, 3 and 4 on Schedule A. Somerset Minerals LP is believed to be the assignee of the original mortgagor (First Union Bank).  Both money judgment and judgment in mortgage foreclosure have been entered.** | X | X | X | | |
| | | | Value $                       **0.00** | | | | **0.00** | **0.00** |

Sheet __**6**__ of __**7**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **4,006.76** | **4,000.52** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Douglas J. Hillegass**                                                                          ,    Case No.    **10-71223**
                                                         Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | July 6, 2010 | | | | | |
| Somerset Minerals LP 14860 Montfort Drive Suite 209 Dallas, TX 75254 | X | H | Money Judgment Includes balances owed on first and second mortgage. All Real Estate on Schedule A. Note-original Plaintiff was National Loan Investors L.P. Somerset Minerals L.P. was substituted as Plaintiff per Order of Court dated 5/26/10 (5th in time | X | X | X | | |
| | | | Value $              0.00 | | | | 1,507,251.24 | 1,507,251.24 |
| Account No. | | | July 6, 2010 | | | | | |
| Somerset Minerals LP 14860 Montfort Drive Suite 209 Dallas, TX 75254 | X | H | Mortgage Foreclosure Judgment Parcels 1, 2, 3 and 4 on Schedule A (6th in time Judgment) | X | X | X | | |
| | | | Value $              0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **7**  of  **7**  continuation sheets attached to Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 1,507,251.24 | 1,507,251.24 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 1,710,134.46 | 1,671,160.19 |

B6E (Official Form 6E) (4/10)

In re    **Douglas J. Hillegass**                                     ,      Case No.    **10-71223**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 04/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1     continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Douglas J. Hillegass** _____ ,   Case No.    **10-71223** _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Internal Revenue Service<br>1000 Liberty Avenue - Room 806<br>William Moorhead Federal Building<br>Pittsburgh, PA 15222** | - | | **No Money Believed to be Due and Owing. Listed for Disclosure Purposes Only.** | X | X | X | <br><br><br>0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>**PA Department of Labor and Industry<br>c/o Deborah C. Phillips<br>Office of General Counsel<br>914 Penn Ave. 6th Fl.<br>Pittsburgh, PA 15222** | - | | **No Money Believed to be Due and Owing. Listed for Disclosure Purposes Only.** | X | X | X | <br><br><br>0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>**Pennsylvania Department of Revenue<br>No Payment/No Refund<br>2 Revenue Place<br>Harrisburg, PA 17129-0002** | - | | **No Money Believed to be Due and Owing. Listed for Disclosure Purposes Only.** | X | X | X | <br><br><br>0.00 | 0.00<br><br>0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet   **1**   of   **1**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 0.00 | 0.00<br>0.00 |
| Total<br>(Report on Summary of Schedules) | 0.00 | 0.00<br>0.00 |

B6F (Official Form 6F) (12/07)

In re    **Douglas J. Hillegass**                                                            ,    Case No.    **10-71223**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **MountainVI**<br><br>**AG Com, Inc.**<br>**2224 Oxford Road**<br>**New Oxford, PA 17350** | X | - | | | 8/31/10<br>**Debt of Mountainview LLC, (Fertilizer) Debtor not personally liable. Notice Purposes only.** | X | X | X | 0.00 |
| Account No.<br><br>**AG Equipment Specialties**<br>**9280 Heisey Road**<br>**Mercersburg, PA 17236** | X | - | | | 5/24/2010<br>**This is a debt for Mountain View LLC, (Tires) Debtor has no personal liability.** | X | X | X | 0.00 |
| Account No.<br><br>**AG Financial Services**<br>**730 Poplar Road**<br>**New Oxford, PA 17350** | | H | | | 9/24/2010<br>**Debt Negotiation Services** | X | X | X | 4,727.92 |
| Account No.<br><br>**Agricultural Commodities Inc.**<br>**2224 Oxford Road**<br>**New Oxford, PA 17350** | X | H | | | 5/29/2009<br>**All crops grown and havested for the 2009 and 2010 year, plus proceeds of the sale.  Also included is milk sale proceeds.** | X | X | X | 0.00 |

___15__  continuation sheets attached

Subtotal
(Total of this page)                                                           4,727.92

B6F (Official Form 6F) (12/07) - Cont.

In re   **Douglas J. Hillegass**                                                  ,        Case No. ____**10-71223**____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | June 2010 | | | | |
| AJ & Shirley Walker 199 Keystone Drive Somerset, PA 15501 | | H | | Unsecured Loan, Proceeds used for Farm Business. | | | | 17,000.00 |
| Account No. B2038 | | | | 7/27/2010 | | | | |
| Albert P. Barnett, VMD Laurel Highlands Animal Hospital 876 Stoystown Road Somerset, PA 15501 | | H | | Veterinary Services | | | | 3,359.36 |
| Account No. xxxxxx8737 | | | | 9/2/2010 | | | | |
| Amerigas PO Box 371473 Pittsburgh, PA 15222 | | H | | No Money Believed to be Due and Owing. Listed for Disclosure Purposes Only. | X | X | X | 0.00 |
| Account No. xx7270 | | | | 1/2008-9/2010 | | | | |
| Bedford Petroleum 10228 Lincoln Hwy Everett, PA 15537 | | - | | This is a debt for Mountain View Farms, (Tractor Fuel) Debtor has no personal liability. | X | X | X | 0.00 |
| Account No. 473872 | | | | 12/2009-09/2010 | | | | |
| Berlin Lumber 2988 Berlin Plank Road PO Box 158 Berlin, PA 15530 | X | - | | This is a debt for Mountain View LLC, Debtor has no personal liability. | X | X | X | 0.00 |

Sheet no. __**1**___ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,359.36

B6F (Official Form 6F) (12/07) - Cont.

In re   **Douglas J. Hillegass**                                    ,      Case No. _____**10-71223**_____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | H | | Feed Purchased prior to forming of LLC | | | | |
| **Berlin Milling** **3398 Berlin Plank Road** **Berlin, PA 15530** | | | | | | | | 671.80 |
| Account No. **xxL066** | X | - | | 6/31/2010 This is a debt for Mountain View LLC, (Farm Parts) Debtor has no personal liability. | X | X | X | |
| **Binkley & Hurst** **133 Rothsville Station Road** **Lititz, PA 17543** | | | | | | | | 0.00 |
| Account No. **x3751** | X | - | | 10/01/2010 This is a debt for Mountain View LLC, (farm parts) No Liability. | X | X | X | |
| **Blubaughs Supply Co., Inc.** **466 Mason-Dixon Highway** **Route 219** **Berlin, PA 15530** | | | | | | | | 0.00 |
| Account No. | | H | | Cattle Semen purchased prior to formation of LLC | | | | |
| **Capital Credit** **ABS Global** **Box 22144 Network Place** **Chicago, IL 60673-1221** | | | | | | | | 6,862.60 |
| Account No. 9714432 | | H | | 8/9/2010 Deficiency Claim asserted after repossesion of Toyota Tundra Truck. | | | | |
| **Capital One Auto Finance** **3901 North Dallas Parkway** **Plano, TX 75093** | | | | | | | | 11,069.04 |

Sheet no. __**2**___ of __**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,603.44

B6F (Official Form 6F) (12/07) - Cont.

In re __Douglas J. Hillegass__ _____,    Case No. ___10-71223_____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx4487<br><br>Cleveland Brothers<br>PO Box 417094<br>Boston, MA 02241-7094 | | H | Backhoe Repair prior to the formation of LLC | | | | 794.50 |
| Account No.<br><br>Clover Hill Farms<br>Pine Hill Road<br>Berlin, PA 15530 | | H | 7/6/2010<br>Feed Corn purchased prior to formation of LLC | | | | 8,500.00 |
| Account No. xx1896<br><br>Conemaugh Health Initiative<br>1086 Franklin Street<br>Johnstown, PA 15905-4305 | | H | 12/29/2009<br>Medical Expenses | | | | 66.00 |
| Account No.<br><br>County AG Service<br>3 Buch Mill Road<br>Lititz, PA 17543 | X | - | 7/13/2010<br>This is a debt for Mountain View LLC, (Green House Repair) Debtor has no personal liability. | X | X | X | 0.00 |
| Account No. x6159<br><br>Daily American<br>334 W. Main Street<br>PO Box 638<br>Somerset, PA 15501 | X | - | 9/30/2010<br>This is a debt for Mountain View LLC, (Advertising) Debtor has no personal liability. | X | X | X | 0.00 |

| | | |
|---|---|---|
| Sheet no. __3___ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 9,360.50 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Douglas J. Hillegass**                                    ,          Case No.    **10-71223**
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx9996** <br><br> **Digi-Star** <br> **5527 Hwy 106** <br> **Fort Atkinson, WI 53538** | X | - | | **3/3/2010** <br> **This is a debt for Mountain View LLC, (Feed Mixer Repair) Debtor has no personal liability.** | X | X | X | 0.00 |
| Account No. <br><br> **Diller Equipment LLC** <br> **446 Blough Road** <br> **Boswell, PA 15531** | X | - | | **8/27/2010** <br> **This is a debt for Mountain View LLC, (Tires) Debtor has no personal liability.** | X | X | X | 0.00 |
| Account No. **xxxx4680** <br><br> **Direct TV** <br> **9198 Glades Pike** <br> **Berlin, PA 15530-7931** | | H | | **8/15/2010** <br> **No Money Believed to be Due and Owing. Listed for Disclosure Purposes Only.** | X | X | X | 0.00 |
| Account No. **x1363** <br><br> **Doebler's** <br> **202 Tiadaghton Avenue** <br> **Jersey Shore, PA 17740** | | H | | **Seed purchased prior to formation of LLC** | | | | 3,126.00 |
| Account No. <br><br> **Dumbauld's** <br> **PO Box 734** <br> **Somerset, PA 15501** | X | - | | **8/24/2010** <br> **This is a debt for Mountain View LLC, (Tire Repair) Debtor has no personal liability.** | X | X | X | 0.00 |

Sheet no. __4__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,126.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Douglas J. Hillegass**                                     ,     Case No.    **10-71223**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx4370**<br><br>Elanco<br>Dept. 1146<br>PO Box 121146<br>Dallas, TX 75312-1146 | | H | 9/20/2010<br>**Hormones purchased prior to formation of LLC** | | | | 19,960.03 |
| Account No.<br><br>Fike, Cascio & Boose<br>124 North Center Avenue<br>Somerset, PA 15501 | | H | 2/25/2008<br>**Legal Services to form LLC** | | | | 417.50 |
| Account No. **xxxxx1E15**<br><br>First Premier Bank<br>PO Box 5519<br>Sioux Falls, SD 57117-5519 | | H | 9/16/2010<br>**Personal Credit Card** | | | | 499.79 |
| Account No. **NTVIFO**<br><br>Franklin H. Kreider<br>2400 Derry Road<br>Lancaster, PA 17601 | | H | 8/31/2009<br>**Fertalizer purchased prior to formation of LLC** | | | | 8,930.85 |
| Account No.<br><br>Frosty Hollow Contr<br>363 Frosty Hollow Road<br>Roaring Spring, PA 16673 | X | - | 12/31/2009<br>**This is a debt for Mountain View LLC, (Barnwork) Debtor has no personal liability.** | X | X | X | 0.00 |

Sheet no. _5_ of _15_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **29,808.17**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Douglas J. Hillegass**                                              ,     Case No. _____**10-71223**_____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2486**<br><br>**GVM**<br>**PO Box 358**<br>**Biglerville, PA 17307** | X | - | 9/30/2010<br>**This is a debt for Mountain View LLC, (Equipment and parts) Debtor has no personal liability.** | X | X | X | |
| | | | | | | | **0.00** |
| Account No.<br><br>**Happy Construction, LLC**<br>**51 Fieldcrest Lane**<br>**Gordonville, PA 17529** | X | - | 10/01/2010<br>**Debt of Mountainview LLC, (Greenhouse Repair) Debtor not personally liable. Notice Purposes only.** | X | X | X | |
| | | | | | | | **0.00** |
| Account No.<br><br>**Harlan Fricke Loan**<br>**730 Poplar Road**<br>**New Oxford, PA 17350** | | H | 12/31/2009<br>**Consulting Services** | X | X | X | |
| | | | | | | | **50,000.00** |
| Account No.<br><br>**Holstein Assoc.**<br>**PO Box 808**<br>**Brattleboro, VT 05302** | X | - | 4/23/2010<br>**This is a debt for Mountain View LLC, (Cattle Registry) Debtor has no personal liability.** | X | X | X | |
| | | | | | | | **0.00** |
| Account No.<br><br>**ITT Trailers and Truck Bodies**<br>**8535 Mason Dixon Hwy**<br>**PO Box 59**<br>**Meyersdale, PA 15552** | X | - | 8/31/2010<br>**This is a debt for Mountain View LLC, (Parts) Debtor has no personal liability.** | X | X | X | |
| | | | | | | | **0.00** |

Sheet no. __**6**___ of __**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **50,000.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Douglas J. Hillegass** _____,    Case No. _____**10-71223**_____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **J & L Hay** <br> **257 West Wind Road** <br> **Friedens, PA 15541** | | H | | **6/4/2009** <br> **Hay purchased prior to LLC** | | | | **3,864.21** |
| Account No. <br><br> **John Hartman** <br> **Pine Hill Road** <br> **Berlin, PA 15530** | | H | | **7/6/2010** <br> **Unsecured Loan** | | | | **4,800.00** |
| Account No. <br><br> **Kesslar Lumber** <br> **884 Buchannan Road** <br> **White, PA 15490** | X | - | | **9/30/2010** <br> **This is a debt for Mountain View LLC, (Sawdust) Debtor has no personal liability.** | X | X | X | **0.00** |
| Account No. <br><br> **Longneckers** <br> **3046 Piney Creek Road** <br> **Williamsburg, PA 16693** | X | - | | **10/2/2010** <br> **This is a debt for Mountain View LLC, (Parts) Debtor has no personal liability.** | X | X | X | **0.00** |
| Account No. **363000** <br><br> **Maine Farmers Exchange** <br> **PO Box 869** <br> **Presque Isle, ME 04769** | X | - | | **9/30/2010** <br> **Debt of Mountainview LLC, (Potato Seed) Debtor not personally liable. Notice Purposes only.** | X | X | X | **0.00** |

Sheet no. __**7**___ of __**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **8,664.21**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Douglas J. Hillegass**                                    ,     Case No. ___**10-71223**___
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxVIE1**<br><br>**Melvin Weaver**<br>**2213 Leabrook Road**<br>**Lancaster, PA 17601** | X | - | 9/20/2010<br>**This is a debt for Mountain View LLC, (Farm Chemicals) Debtor has no personal liability.** | X | X | X | 0.00 |
| Account No. **685**<br><br>**Michelle Petrosky Moon**<br>**101 West Main Street**<br>**Somerset, PA 15501** | X | - | 10/05/2010<br>**This is a debt for Mountain View LLC, (Accounting Services) Debtor has no personal liability.** | X | X | X | 0.00 |
| Account No.<br><br>**Mid Atlantic Agri Systems**<br>**1106 Ashville Road**<br>**Quarryville, PA 17566** | X | - | 6/30/2009<br>**This is a debt for Mountain View LLC, (Manure Pump) Debtor has no personal liability.** | X | X | X | 0.00 |
| Account No. **xx0127**<br><br>**Mountain View Supply**<br>**PO Box 529**<br>**Shartlesville, PA 19554** | | H | 9/15/2010<br>**Farm Chemicals and Supplies purchased prior to the LLC** | | | | 38,618.03 |
| Account No.<br><br>**Naeda Financial**<br>**PO Box 95662**<br>**Chicago, IL 60694-5662** | X | - | 10/08/2010<br>**This is a debt for Mountain View LLC, (Hay Baler) Debtor has no personal liability.** | X | X | X | 0.00 |

Sheet no. __**8**___ of __**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    38,618.03

B6F (Official Form 6F) (12/07) - Cont.

In re   **Douglas J. Hillegass**                                              ,   Case No. ___**10-71223**___
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxxx4-001** <br><br> **Naeda Financial** <br> **PO Box 95662** <br> **Chicago, IL 60694-5662** | X | - | **10/08/2010** <br> **This is a debt for Mountain View LLC, (Chopper) Debtor has no personal liability.** | X | X | X | 0.00 |
| Account No. **160-0156624-004** <br><br> **Naeda Financial** <br> **PO Box 95662** <br> **Chicago, IL 60694-5662** | X | - | **10/08/2010** <br> **Debt of Mountainview LLC, (Rake Loan) Debtor not personally liable. Notice Purposes only.** | X | X | X | 0.00 |
| Account No. <br><br> **Naeda Financial** <br> **PO Box 95662** <br> **Chicago, IL 60694-5662** | X | - | **10/08/2010** <br> **Debt of Mountainview LLC, (Tedder) Debtor not personally liable. Notice Purposes only.** | X | X | X | 0.00 |
| Account No. <br><br> **National Loan Investors, L.P.** <br> **3030 N.W. Expressway** <br> **Suite 1313** <br> **Oklahoma City, OK 73112** | X | H | **2/28/2002** <br> **All Equipment, Inventory, accounts, instruments, documents, chattel paper, deposit accounts, supporting obligations, general intangibles, proceeds, accessions, goods, and farm products.** | X | X | X | 0.00 |
| Account No. <br><br> **Nationwide** <br> **PO Box 7** <br> **Berlin, PA 15530-0007** | | H | **Farm Insurance Premium for 2011 Year.** | | | | 19,000.00 |

Sheet no. _**9**___ of _**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Douglas J. Hillegass**                                                        ,    Case No.    **10-71223**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **100042E+11** <br><br> **Penelec** <br> **P.O. Box 3687** <br> **Akron, OH 44309-3687** | | H | **Electrical Utilities** | | | | 14,183.54 |
| Account No. <br><br> **Petersheims** <br> **972 Dry Wells Road** <br> **Quarryville, PA 17566** | | H | **5/25/2010** <br> **Cow Matresses prior to formation of LLC** | | | | 18,927.80 |
| Account No. <br><br> **PHI Financial Services** <br> **7100 NW 66nd Ave.** <br> **PO Box 1050** <br> **Johnston, IA 50131-1050** | X | H | **4/23/2008** <br> **Milk and Milk Products, No money believed to be owed. UCC-1 is Terminated, Listed for notice purposes only.** | X | X | X | 0.00 |
| Account No. <br><br> **PHI Financial Services** <br> **7100 NW 66nd Ave.** <br> **PO Box 1050** <br> **Johnston, IA 50131-1050** | X | H | **8/17/2010** <br> **All milk products produced and land where dairy livestock are located.** | X | X | X | 0.00 |
| Account No. <br><br> **Piles** <br> **115 Picket Lane** <br> **Friedens, PA 15541** | X | - | **10/01/2010** <br> **This is a debt for Mountain View LLC, (Pipe) Debtor has no personal liability.** | X | X | X | 0.00 |

Sheet no. __**10**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **33,111.34**

B6F (Official Form 6F) (12/07) - Cont.

In re __Douglas J. Hillegass_____,  Case No. ___10-71223_____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Priests<br>8560 Rabbit Road<br>Greencastle, PA 17725 | X | - | 10/01/2010<br>This is a debt for Mountain View LLC, (Farm Repairs) Debtor has no personal liability. | X | X | X | 0.00 |
| Account No.<br><br>Richard Morgan<br>1088 Centerville Road<br>Newville, PA 17241 | X | - | 12/31/2009<br>This is a debt for Mountain View LLC, Debtor has no personal liability. | X | X | X | 40,001.00 |
| Account No.<br><br>Ridge Electric<br>156 Brush Creek Road<br>Fairhope, PA 15538 | | H | 12/31/2009<br>Electric Repair prior to LLC | | | | 2,280.75 |
| Account No.<br><br>Rodman C. Thompson Jr.<br>PO Box 261<br>Petersburg, PA 16669 | | H | 3/2/2005<br>Milk Cows, No money believed to be due and owing, UCC Termination Filed. | X | X | X | 0.00 |
| Account No. x8712<br><br>Roto Rooter<br>PO Box 444<br>Johnstown, PA 15907 | | - | 11/2/2009<br>Home Maintainance and Repair. | | | | 506.92 |

Sheet no. __11__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,788.67

B6F (Official Form 6F) (12/07) - Cont.

In re   **Douglas J. Hillegass**                                    , Case No. _____**10-71223**_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **HILLDO1** <br><br> **Schnupps** <br> **416 Union Road** <br> **Lebanon, PA 17046** | | H | 9/30/2010 <br> **Grain Roasting prior to formation of LLC** | | | | 3,504.14 |
| Account No. **x0257** <br><br> **Shaffer Block** <br> **923 S. Edgewood Ave.** <br> **Somerset, PA 15501** | X | - | 9/30/2010 <br> **Debt of Mountainview LLC, (Block) Debtor not personally liable. Notice Purposes only.** | X | X | X | 0.00 |
| Account No. <br><br> **Somerset Barn Equipment** <br> **2384 Slutamantown Road** <br> **Somerset, PA 15501** | X | - | 9/30/2010 <br> **Debt of Mountainview LLC, (Farm Supplies) Debtor not personally liable. Notice Purposes only.** | X | X | X | 0.00 |
| Account No. <br><br> **Somerset County Farm Service Agency** <br> **6024 Glades Pike** <br> **Suite 102** <br> **Somerset, PA 15501** | | H | 4/4/2008 <br> **30,000 Bushels of 2007 Crop year High Moisture Corn and Proceeds thereof. No Money Believed to be due and owing.** | X | X | X | 0.00 |
| Account No. <br><br> **Somerset Medical Services** <br> **4309 Glades Pike** <br> **Ste 200** <br> **Somerset, PA 15501** | | H | 8/4/2010 <br> **Medical Expenses** | | | | 32.88 |

Sheet no. __**12**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,537.02

B6F (Official Form 6F) (12/07) - Cont.

In re   **Douglas J. Hillegass**                                              ,        Case No.   **10-71223**
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | H | 4/10/2006 All Equipment and general intangables, etc. No money believed to be due and owing, UCC Terminated. | X | X | X | |
| **Somerset Trust Company** **PO Box 1192** **151 West Main Street** **Somerset, PA 15501** | | | | | | | | 0.00 |
| Account No. | X | - | | 2/1/2010 This is a debt for Mountain View LLC, (Cables) Debtor has no personal liability. | X | X | X | |
| **Stewart Amos Equipment** **2700 Paxton Street** **Harrisburg, PA 17111** | | | | | | | | 0.00 |
| Account No. | X | - | | This is a debt for Mountain View LLC, Debtor has no personal liability. | X | X | X | |
| **Sunshine Heifers** **21802 S LINDSEY** **Chandler, AZ 85224** | | | | | | | | 97,011.74 |
| Account No. | X | H | | 5/11/2009 70 Dairy Cows, and female offspring, and proceeds of milk production, cattle or culling. Also included are cows #2488 - 8000 and milk proceeds. | X | X | X | |
| **Sunshine Heifers LLC** **21802 S. Lindsay Road** **Tempe, AZ 85285** | | | | | | | | 0.00 |
| Account No. | X | H | | 12/18/2009 38 Dairy Cows plus milk proceeds etc. | X | X | X | |
| **Sunshine Heifers LLC** **21802 S Lindsay Road** **Chandler, AZ 85224** | | | | | | | | 0.00 |

Sheet no. __13__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

97,011.74

B6F (Official Form 6F) (12/07) - Cont.

In re **Douglas J. Hillegass** _____ ,    Case No. ___**10-71223**___
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x2119**<br><br>TA Seeds<br>PO Box 300<br>Avis, PA 17721 | | H | 8/11/2009<br>**Seed purchased prior to formation of LLC** | | | | 3,704.14 |
| Account No.<br><br>Thomas Sheaffer<br>130 Lebo Rd<br>Carlisle, PA 17013 | X | H | 7/30/2008<br>**58 Dairy Cattle including replacement cattle and products therefrom** | X | X | X | 0.00 |
| Account No.<br><br>Town & Country Leasing, LLC<br>PO Box 820116<br>Philadelphia, PA 19182-0116 | | H | **Chopper Lease prior to formation of LLC** | | | | 22,903.32 |
| Account No. **962**<br><br>White Oak Vet<br>7631 Glades Pike<br>Berlin, PA 15530 | X | - | 9/30/2010<br>**Debt of Mountainview LLC, (Vet Services) Debtor not personally liable. Notice Purposes only.** | X | X | X | 0.00 |
| Account No.<br><br>Yachere Feed<br>415 Somerset Ave.<br>Rockwood, PA 15557 | | H | 9/30/2010<br>**Feed Purchased prior to formation of LLC** | | | | 9,944.60 |

Sheet no. __**14**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     36,552.06

B6F (Official Form 6F) (12/07) - Cont.

In re  **Douglas J. Hillegass**                                    ,    Case No. ___**10-71223**___
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **LA2010366**<br><br>**YRC**<br>**PO Box 93151**<br>**Chicago, IL 60673-3151** | X | - | **9/12/2010**<br>**This is a debt for Mountain View LLC, (Freight Charges) Debtor has no personal liability.** | X | X | X | **0.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __**15**__ of __**15**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **0.00**

Total (Report on Summary of Schedules)   **415,268.46**

B6G (Official Form 6G) (12/07)

.

In re  **Douglas J. Hillegass**                                    ,      Case No.  __10-71223__
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Elizabeth Baker**<br>**7868 Glades Pike**<br>**Berlin, PA 15530** | **Month to month lease of rental home located on Stutzman Farm property, monthly rent is $650.00 per month, payed in cash to debtor.** |
| **Keeton Group LLC**<br>**1021 Majestic Drive**<br>**Suite 330**<br>**Lexington, KY 40513** | **Oil and Gas Lease dated 1/26/07 Debtor recieves no income from lease.** |
| **M. Thomas Sheaffer**<br>**130 Lebo Road**<br>**Carlisle, PA** | **Lease agreement for 58 dairy cattle.  Appears to be disguised financing.  UCC-1 filed.  Non-debtors are listed as lessees in addition to Debtor. Lease term set to expire May 4, 2011.  Monthly payment is $4,722.00, paid pursuant to milk check assignment. Balance Approximately $86,366.55** |
| **R.L. Powell**<br>**730 Prince George Parish Drive**<br>**Knoxville, TN 37934** | **1/12 Interest in oil and gas lease dated 2/13/08. Debtor does not recieve income from lease.** |
| **Richmond Morgan**<br>**1088 Centerville Road**<br>**Newville, PA** | **Lease agreement for 36 dairy cattle.  Appears to be disguised financing.  No UCC-1 filed. Non-debtors are listed as lessees in addition to Debtor. Lease term set to expire May 21, 2011. Monthly payment is $1,980.00, paid pursuant to milk check assignment. Balance Owed is approximately $40,000.00** |
| **Sampson Resources Company**<br>**2 West 2nd Street**<br>**Tulsa, OK 74103** | **Oil and Gas lease dated 2/4/2009. Not Income Producing.** |
| **Sunshine Heifers LLC**<br>**Attn: Jeff Blevins**<br>**21802 South Lindsay**<br>**Chandler, AZ 85224** | **Lease of Approximately 200 Dairy Cattle, Approximate balance owed is $97,011.74 appears to be disguised financing.** |

**0**

____  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Douglas J. Hillegass**                                                              ,    Case No.    **10-71223**
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **D. Jared Hillegass**<br>**9198 Glades Pike**<br>**Berlin, PA 15530**<br>    **Debtor's son** | **Donald H. Welk**<br>**1541 Lime Valley Road**<br>**Strasburg, PA 17579** |
| **Debra A. Hillegass**<br>**9138 Glades Pike**<br>**Berlin, PA 15530**<br>    **Debtor's spouse** | **Donald H. Welk**<br>**1541 Lime Valley Road**<br>**Strasburg, PA 17579** |
| **Debra A. Hillegass**<br>**9138 Glades Pike**<br>**Berlin, PA 15530**<br>    **Debtor's spouse** | **Somerset Minerals LP**<br>**14860 Montfort Drive**<br>**Suite 209**<br>**Dallas, TX 75254** |
| **Debra A. Hillegass**<br>**9138 Glades Pike**<br>**Berlin, PA 15530**<br>    **Debtor's spouse** | **Somerset Minerals LP**<br>**14860 Montfort Drive**<br>**Suite 209**<br>**Dallas, TX 75254** |
| **Debra A. Hillegass**<br>**9138 Glades Pike**<br>**Berlin, PA 15530**<br>    **Debtors' Spouse** | **National Loan Investors, L.P.**<br>**3030 N.W. Expressway**<br>**Suite 1313**<br>**Oklahoma City, OK 73112** |
| **Debra Hillegass**<br>**9138 Glades Pike**<br>**Berlin, PA 15530**<br>    **Debtor's Spouse** | **Charles H. Burk, Jr.**<br>**8983 Glades Pike**<br>**Berlin, PA 15530** |
| **Jared Hillegass**<br>**9198 Glades Pike**<br>**Berlin, PA 15530**<br>    **Debtor's son** | **ADM Alliance Nutrition, Inc.**<br>**1000 M 30th Street**<br>**Quincy, IL 62301** |
| **Jared Hillegass**<br>**9198 Glades Pike**<br>**Berlin, PA 15530**<br>    **Debtor's Son** | **Thomas Sheaffer**<br>**130 Lebo Rd**<br>**Carlisle, PA 17013** |
| **Jared Hillegass**<br>**9198 Glades Pike**<br>**Berlin, PA 15530**<br>    **Debtor's Son** | **PHI Financial Services**<br>**7100 NW 66nd Ave.**<br>**PO Box 1050**<br>**Johnston, IA 50131-1050** |

**5**
_____ continuation sheets attached to Schedule of Codebtors

In re    **Douglas J. Hillegass**                                        Case No.    **10-71223**
                                                                  ,
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jared Hillegass**<br>**9198 Glades Pike**<br>**Berlin, PA 15530**<br>  **Debtor's Son** | **Agricultural Commodities Inc.**<br>**2224 Oxford Road**<br>**New Oxford, PA 17350** |
| **Jared Hillegass**<br>**9198 Glades Pike**<br>**Berlin, PA 15530**<br>  **Debtor's Son** | **Sunshine Heifers LLC**<br>**21802 S Lindsay Road**<br>**Chandler, AZ 85224** |
| **Jared Hillegass**<br>**9198 Glades Pike**<br>**Berlin, PA 15530**<br>  **Debtor's Son** | **PHI Financial Services**<br>**7100 NW 66nd Ave.**<br>**PO Box 1050**<br>**Johnston, IA 50131-1050** |
| **Justin A. Hillegass**<br>**9198 Glades Pike**<br>**Berlin, PA 15530**<br>  **Debtor's son** | **Donald H. Welk**<br>**1541 Lime Valley Road**<br>**Strasburg, PA 17579** |
| **Justin A. Hillegass**<br>**9198 Glades Pike**<br>**Berlin, PA 15530**<br>  **Debtor's Son** | **Thomas Sheaffer**<br>**130 Lebo Rd**<br>**Carlisle, PA 17013** |
| **Justin A. Hillegass**<br>**9198 Glades Pike**<br>**Berlin, PA 15530**<br>  **Debtor's Son** | **PHI Financial Services**<br>**7100 NW 66nd Ave.**<br>**PO Box 1050**<br>**Johnston, IA 50131-1050** |
| **Justin A. Hillegass**<br>**9198 Glades Pike**<br>**Berlin, PA 15530**<br>  **Debtor's Son** | **Agricultural Commodities Inc.**<br>**2224 Oxford Road**<br>**New Oxford, PA 17350** |
| **Justin A. Hillegass**<br>**9198 Glades Pike**<br>**Berlin, PA 15530**<br>  **Debtor's Son** | **Sunshine Heifers LLC**<br>**21802 S Lindsay Road**<br>**Chandler, AZ 85224** |
| **Justin A. Hillegass**<br>**9198 Glades Pike**<br>**Berlin, PA 15530**<br>  **Debtor's Son** | **PHI Financial Services**<br>**7100 NW 66nd Ave.**<br>**PO Box 1050**<br>**Johnston, IA 50131-1050** |
| **Justin Hillegass**<br>**9198 Glades Pike**<br>**Berlin, PA 15530**<br>  **Debtor's Son** | **ADM Alliance Nutrition, Inc.**<br>**1000 M 30th Street**<br>**Quincy, IL 62301** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Donald H. Welk**<br>**1541 Lime Valley Road**<br>**Strasburg, PA 17579** |

Sheet    **1**    of    **5**    continuation sheets attached to the Schedule of Codebtors

In re    **Douglas J. Hillegass**                                      Case No.    **10-71223**
                                                              ,
                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **AG Com, Inc.**<br>**2224 Oxford Road**<br>**New Oxford, PA 17350** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **AG Equipment Specialties**<br>**9280 Heisey Road**<br>**Mercersburg, PA 17236** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Berlin Lumber**<br>**2988 Berlin Plank Road**<br>**PO Box 158**<br>**Berlin, PA 15530** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Binkley & Hurst**<br>**133 Rothsville Station Road**<br>**Lititz, PA 17543** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Blubaughs Supply Co., Inc.**<br>**466 Mason-Dixon Highway**<br>**Route 219**<br>**Berlin, PA 15530** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **County AG Service**<br>**3 Buch Mill Road**<br>**Lititz, PA 17543** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Daily American**<br>**334 W. Main Street**<br>**PO Box 638**<br>**Somerset, PA 15501** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Digi-Star**<br>**5527 Hwy 106**<br>**Fort Atkinson, WI 53538** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Diller Equipment LLC**<br>**446 Blough Road**<br>**Boswell, PA 15531** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Dumbauld's**<br>**PO Box 734**<br>**Somerset, PA 15501** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Frosty Hollow Contr**<br>**363 Frosty Hollow Road**<br>**Roaring Spring, PA 16673** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **GVM**<br>**PO Box 358**<br>**Biglerville, PA 17307** |

Sheet __2__ of __5__ continuation sheets attached to the Schedule of Codebtors

In re    **Douglas J. Hillegass**                                                ,    Case No.    **10-71223**
_____
                            Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Holstein Assoc.**<br>**PO Box 808**<br>**Brattleboro, VT 05302** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **ITT Trailers and Truck Bodies**<br>**8535 Mason Dixon Hwy**<br>**PO Box 59**<br>**Meyersdale, PA 15552** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Kesslar Lumber**<br>**884 Buchannan Road**<br>**White, PA 15490** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Longneckers**<br>**3046 Piney Creek Road**<br>**Williamsburg, PA 16693** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Melvin Weaver**<br>**2213 Leabrook Road**<br>**Lancaster, PA 17601** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Michelle Petrosky Moon**<br>**101 West Main Street**<br>**Somerset, PA 15501** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Naeda Financial**<br>**PO Box 95662**<br>**Chicago, IL 60694-5662** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Naeda Financial**<br>**PO Box 95662**<br>**Chicago, IL 60694-5662** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Piles**<br>**115 Picket Lane**<br>**Friedens, PA 15541** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Priests**<br>**8560 Rabbit Road**<br>**Greencastle, PA 17725** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Richard Morgan**<br>**1088 Centerville Road**<br>**Newville, PA 17241** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Stewart Amos Equipment**<br>**2700 Paxton Street**<br>**Harrisburg, PA 17111** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Sunshine Heifers**<br>**21802 S LINDSEY**<br>**Chandler, AZ 85224** |

Sheet __**3**__ of __**5**__ continuation sheets attached to the Schedule of Codebtors

In re    **Douglas J. Hillegass**                                              ,    Case No.   **10-71223**
                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **YRC**<br>**PO Box 93151**<br>**Chicago, IL 60673-3151** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Thomas Sheaffer**<br>**130 Lebo Rd**<br>**Carlisle, PA 17013** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **PHI Financial Services**<br>**7100 NW 66nd Ave.**<br>**PO Box 1050**<br>**Johnston, IA 50131-1050** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Agricultural Commodities Inc.**<br>**2224 Oxford Road**<br>**New Oxford, PA 17350** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Sunshine Heifers LLC**<br>**21802 S. Lindsay Road**<br>**Tempe, AZ 85285** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **PHI Financial Services**<br>**7100 NW 66nd Ave.**<br>**PO Box 1050**<br>**Johnston, IA 50131-1050** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Happy Construction, LLC**<br>**51 Fieldcrest Lane**<br>**Gordonville, PA 17529** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Maine Farmers Exchange**<br>**PO Box 869**<br>**Presque Isle, ME 04769** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Naeda Financial**<br>**PO Box 95662**<br>**Chicago, IL 60694-5662** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Naeda Financial**<br>**PO Box 95662**<br>**Chicago, IL 60694-5662** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Shaffer Block**<br>**923 S. Edgewood Ave.**<br>**Somerset, PA 15501** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Somerset Barn Equipment**<br>**2384 Slutamantown Road**<br>**Somerset, PA 15501** |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **White Oak Vet**<br>**7631 Glades Pike**<br>**Berlin, PA 15530** |

Sheet   **4**   of   **5**    continuation sheets attached to the Schedule of Codebtors

In re    **Douglas J. Hillegass**                                              ,    Case No.    **10-71223**
                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Mountainview, LLC**<br>**9166 & 9198 Glades Pike**<br>**Berlin, PA 15530** | **Mid Atlantic Agri Systems**<br>**1106 Ashville Road**<br>**Quarryville, PA 17566** |

Sheet  **5**  of  **5**  continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Douglas J. Hillegass**                                         Case No.   **10-71223**
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Self Employed Farmer** | **Registered Nurse** |
| Name of Employer | | **Siemons Lakeview Manor Estate** |
| How long employed | **since birth** | **5 Years** |
| Address of Employer | | **228 Siemon Drive**<br>**Somerset, PA 15501** |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | | SPOUSE | |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | 4,766.67 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 178.75 |
| 3. SUBTOTAL | $ | 0.00 | $ | 4,945.42 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 1,075.27 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify)     **See Detailed Income Attachment** | $ | 0.00 | $ | 765.47 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 1,840.74 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 3,104.68 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 650.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income | | | | |
| (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 650.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 650.00 | $ | 3,104.68 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | 3,754.68 | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6I (Official Form 6I) (12/07)

In re   **Douglas J. Hillegass**                                                      Case No.   **10-71223**
_____                                    _____
                            Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---|---|
| **Employee Meal 5.0** | $  **0.00** | $  **35.21** |
| **Section 125** | $  **0.00** | $  **676.82** |
| **Accrued PA Unemployment** | $  **0.00** | $  **3.97** |
| **ACC LOC 5th Site Tax** | $  **0.00** | $  **49.47** |
| **Total Other Payroll Deductions** | $  **0.00** | $  **765.47** |

B6J (Official Form 6J) (12/07)

In re __Douglas J. Hillegass_____     Case No. __10-71223_____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 0.00 |
| a. Are real estate taxes included? | Yes ___ | No _X_ | | |
| b. Is property insurance included? | Yes ___ | No _X_ | | |
| 2. Utilities:   a. Electricity and heating fuel | | | $ | 300.00 |
| b. Water and sewer | | | $ | 0.00 |
| c. Telephone | | | $ | 45.00 |
| d. Other  __Television__ | | | $ | 50.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 50.00 |
| 4. Food | | | $ | 750.00 |
| 5. Clothing | | | $ | 50.00 |
| 6. Laundry and dry cleaning | | | $ | 25.00 |
| 7. Medical and dental expenses | | | $ | 400.00 |
| 8. Transportation (not including car payments) | | | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 25.00 |
| 10. Charitable contributions | | | $ | 40.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| a. Homeowner's or renter's | | | $ | 1,500.00 |
| b. Life | | | $ | 300.00 |
| c. Health | | | $ | 600.00 |
| d. Auto | | | $ | 100.00 |
| e. Other | | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify) | | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | | |
| a. Auto | | | $ | 0.00 |
| b. Other  __Wife's Car Payment__ | | | $ | 600.00 |
| c. Other | | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| 17. Other | | | $ | 0.00 |
| Other | | | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,   $   5,035.00
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME
| | | | |
|---|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ | 3,754.68 |
| b. | Average monthly expenses from Line 18 above | $ | 5,035.00 |
| c. | Monthly net income (a. minus b.) | $ | -1,280.32 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of Pennsylvania - Johnstown Division

In re    **Douglas J. Hillegass**                                                    Case No.    **10-71223**
                                                Debtor(s)                  Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **72**    sheets, and that
they are true and correct to the best of my knowledge, information, and belief.

Date    **November 23, 2010**                              Signature:    **/s/ Douglas J. Hillegass**
                                                                                                   Debtor

Date                                                              Signature:
                                                                                         (Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of
the partnership] of the _____ [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I
have read the foregoing summary and schedules, consisting of _____ sheets *[total shown on summary page plus 1]*, and that
they are true and correct to the best of my knowledge, information, and belief.

Date                                                              Signature:

                                                                         [Print or type name of individual signing on behalf of debtor]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Western District of Pennsylvania - Johnstown Division

In re    **Douglas J. Hillegass**                                              Case No.    **10-71223**

                                              Debtor(s)        Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2010 Year to Date Husband - Unknown at this Time.** |
| **$53,648.49** | **2010 Year to Date Wife's Employment** |
| **$58,419.00** | **2009-Non-Debtor Wife's income from employment as Registered Nurse.** |
| **$3,734.00** | **2009 Debtor's Income from LLC** |
| **$39,400.00** | **2008-Non-Debtor Wife's income from employment as Registered Nurse.** |
| **$59,093.00** | **2008-Debtor's gross income from operation of Dairy Farm from 1/1/2008 - 1/31/2008** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **See 2008 and 2009 Tax Returns which are of Record in this Bankruptcy Case.** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **National Loan Investors, L.P.**<br>**5619 N. Classen Blvd,**<br>**Oklahoma City, OK 73118-4015**<br>   **none** | **Monthly Mortgage Payments of $13,880 per month from Oct. 2009 - March 2010** | **$83,280.00** | **$0.00** |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Pritts Feed Mill vs Doug Hillegass; Case no: 2006-51026** | **Civil Action** | **Somerset County Court of Common Pleas** | **Default Judgment entered 3-23-2007 in the amount of $27,370.54** |
| **Charles H Burk Jr. vs Douglas Hillegass, and Debra Hillegass; Case no: 2006-00293** | **Civil** | **Somerset County Court of Common Pleas** | **Judgment entered 1-15-2008 in the amount of $650.00** |
| **ADM Alliance Nutrition, Inc., a subsidiary of Archer Daniels Midland Co., vs Justin Hillegass ind & trading as Mountain View Farms; Jared Hillegass ind & trading as Mountain View Farms; Douglas Hillegass ind & trading as Mountain View Farms Case no: 2010-50194** | **Civil Action - Law** | **Somerset County Court of Common Pleas** | **Judgment entered on 5-12-2010 in the amount of $14,934.77** |
| **Donald H. Welk vs Douglas Hillegass; Debra A. Hillegass; Justin A. Hillegass; Jared D. Hillegass; and Mountainview LLC; Case no: 2009-40411** | **Civil Action - Law** | **Somerset County Court of Common Pleas** | **Judgment Note on 5-14-2009 in the amount of $117,469.30** |
| **Somerset Minerals LP vs Douglas J. Hillegass and Debra A. Hillegass; Case no: 2010-50215** | **Civil Action - Law** | **Somerset Count Court of Common Pleas** | **Money Judgement entered on 7-6-2010 in the amount of $1,507,251.24** |
| **Somerset Minerals LP vs Douglas Hillegass; and Debra Hillegass; Case no: 2010-50216** | **Civil Action - Law** | **Somerset Court of Common Please** | **Mortgage Foreclosure Judgment entered on 7-6-2010 in the amount of $1,507,251.24** |
| **Somerset Dairy Farm Services Inc. vs Douglass Hillegass; and Mountain View Farms; Case no: 2010-40764** | **Civil Action - Law** | **Somerset County Court of Common Pleas** | **Judgment entered on 9-21-2010 in the amount of $3,902.34** |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Jones Dairy Service, Inc. vs Douglass J. Hillegass;  Case no: 0303-0000574-2009** | Civil Case | **District Court of Maryland for Kent County** <br> **103 N. Cross Street, Chestertown, MD 21620-1511** | **Judgment entered January 7, 2010 for $11,333.91 against Douglass J. Hillegass, Justin A. Hillegass, Jared Hillegass, Debra Hillegass, and Mountainview, LLC.** |
| **Renaissance Seed, Inc. aka Renaissance Nutrition, Inc. vs Mountainview Farms, LLC** | Complaint in Civil Action | **Court of Common Pleas of Somerset County Civil Division** | **Complaint in Civil Action (Entered against Mountaiview Farms, LLC, Entity does not exist.)** |

None
■
    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
    property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
    filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
☐
    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
    returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
    or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
    spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Capital One Auto Finance** <br> **3901 Dallas Parkway** <br> **Plano, TX 75093** | **May 2010** | **2008 Toyota Tundra with 30,000 miles in Good Condition Kelly Bluebook Value is $16,005.00** |

**6.  Assignments and receiverships**

None
■
    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
    this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
    joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Spence, Custer, Saylor, Wolfe & Rose, LL P.O.Box 280 400 Ameriserv Financial Building Johnstown, PA 15907-0280** | **10/26/2010** | **$10,000 Retainer and $1,039.00 Chapter 11 Filing Fee** |
| **Green Path 38505 Country Club Drive Suite 210 Farmington, MI 48331-3429** | **10/12/2010** | **$100.00 for both Credit Counseling Sessions** |
| **AG Financial Services 730 Poplar Road New Oxford, PA 17350** | **Throughout year before bankrupty.** | **Approximately $10,000.00** |

### 10. Other transfers

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■    b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None ☐    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Somerset Trust Company<br>151 West Main Street<br>Somerset, PA 15501** | **Debtor Only** | **Will** | |

### 13.  Setoffs

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None ■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Mountainview, LLC** | **6892** | **9166 & 9198 Glades Pike Berlin, PA 15530** | **Dairy Farm** | **2008-Present** |
| **Mountain View Farms** | **2645** | **9198 Glades Pike Berlin, PA 15530** | **Sole Proprietor Dairy Farm** | **Early 1990s - Formation of LLC in 2008** |

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED
**Michelle Petrosky Moon**                                         **Last 2 Years.**
**101 West Main Street**
**Somerset, PA 15501**

None
■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None
☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS
**Michelle Petrosky Moon**                              **101 West Main Street**
**Last 2 Years.**                                       **Somerset, PA 15501**

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                    DATE ISSUED

**20. Inventories**

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                 (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **November 23, 2010**                          Signature    **/s/ Douglas J. Hillegass**

                                                                   **Douglas J. Hillegass**
                                                                   Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Western District of Pennsylvania - Johnstown Division

In re   **Douglas J. Hillegass**                 Case No.   **10-71223**

                           Debtor(s)                    Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | $225.00 per hour |
| Prior to the filing of this statement I have received | $ | **$10,000.00 retainer plus filing fee of $1,039** |
| Balance Due | $ | **TBD** |

2.   The source of the compensation paid to me was:

    ☒ Debtor      ☒ Other (specify):     Debtor's Sister Mona L. Herrell paid the $10,000.00 retainer.  Debtor paid filing fee.

3.   The source of compensation to be paid to me is:

    ☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   Lien Avoidance Actions, Other Avoidance Actions, Actions to Determine Secured Status, communication with creditors, responding to motions and adversary proceedings filed against the Debtor in the bankruptcy case, plan formulation and negotiations.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    Unless otherwise agreed to in a separate writing, the following matters are outside the scope of the representation:  representation of the Debtor in any dischargeability action

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 26, 2010**                **/s/ James R. Walsh**
                                        **James R. Walsh**
                                        **Spence, Custer, Saylor, Wolfe & Rose, LLC**
                                        **P.O.Box 280**
                                        **400 Ameriserv Financial Building**
                                        **Johnstown, PA 15907-0280**
                                        **814 536-0735  Fax: 1-814-539-1423**
                                        **jwalsh@spencecuster.com**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA - JOHNSTOWN DIVISION

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Western District of Pennsylvania - Johnstown Division

In re  __Douglas J. Hillegass__

Debtor(s)

Case No.  __10-71223__

Chapter  __11__

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

__Douglas J. Hillegass__

Printed Name(s) of Debtor(s)

X __/s/ Douglas J. Hillegass__        __November 23, 2010__

Signature of Debtor                Date

Case No. (if known)  __10-71223__

X _____

Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

**B22B (Official Form 22B) (Chapter 11) (01/08)**

| | |
|---|---|
| In re | **Douglas J. Hillegass** |
| | Debtor(s) |
| Case Number: | **10-71223** |
| | (If known) |

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly.  Joint debtors may complete one statement only.

| | Part I. CALCULATION OF CURRENT MONTHLY INCOME | | | |
|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a.  ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b.  ■ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.**<br>c.  ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | **Column A**<br>Debtor's<br>Income | **Column B**<br>Spouse's<br>Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $              0.00 | $       5,364.85 |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3.  If more than one business profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero.<table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$        0.00</td><td>$        0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$        0.00</td><td>$        0.00</td></tr><tr><td>c.</td><td>Business income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | | $              0.00 | $              0.00 |
| 4 | **Net Rental and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  Do not enter a number less than zero.<table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$      650.00</td><td>$        0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$        0.00</td><td>$        0.00</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | | $          650.00 | $              0.00 |
| 5 | **Interest, dividends, and royalties.** | | $              0.00 | $              0.00 |
| 6 | **Pension and retirement income.** | | $              0.00 | $              0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | | $              0.00 | $              0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $        0.00</td><td>Spouse $        0.00</td></tr></table> | | $              0.00 | $              0.00 |
| 9 | **Income from all other sources.**  Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.  Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<table><tr><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>$</td><td>$</td></tr><tr><td>b.</td><td>$</td><td>$</td></tr></table> | | $              0.00 | $              0.00 |
| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add lines 2 thru 9 in Column B.  Enter the total(s). | | $          650.00 | $       5,364.85 |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

**B22B (Official Form 22B) (Chapter 11) (01/08)**                                                           **2**

| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | $            **6,014.85** |
|----|----|----|

| | **Part II. VERIFICATION** |
|----|----|

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)*<br><br>Date:  <u>**November 23, 2010**</u>            Signature:  <u>**/s/ Douglas J. Hillegass**</u><br><br>                                                              **Douglas J. Hillegass**<br>                                                              (Debtor) |
|----|----|

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                    Best Case Bankruptcy